## STATE OF CALIFORNIA - COUNTY OF LOS ANGELES
## SEARCH WARRANT AND AFFIDAVIT
### (AFFIDAVIT)

Det. R. Figueroa, swears under oath that the facts expressed by him in this search warrant and affidavit and in the attached and incorporated statement of probable cause are true and that based thereon he has probable cause to believe and does believe that the property and/or person described below is lawfully seizable, pursuant to penal code section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, the affiant requests that this search warrant be issued.

_____ ; NIGHT SEARCH WARRANT REQUESTED: YES X NO ___
(Signature of Affiant)

### (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER, IN THE COUNTY OF LOS ANGELES: proof by affidavit having been made before me by, **Det. R. Figueroa**, that there is probable cause to believe that the property and/or person described herein may be found at the locations set forth herein and is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "X" (s) in that:

____ it was stolen or embezzled
XX  it was used as the means of committing a felony
XX  it is possessed by a person with the intent to use it as a means of committing a public offense or is possessed by another, to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery
XX  it tends to show that a felony has been committed or that a particular person has committed a felony
____ it tends to show that sexual exploitation of a child, in violation of PC Section 311.3, or depiction of sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring.
____ there is a warrant for the person's arrest;

**YOU ARE THEREFORE COMMANDED TO SEARCH:**
(See attached and incorporated description of the locations "SUBJECT PREMISES")

**FOR THE FOLLOWING PROPERTY/PERSON:**
(See attached and incorporated description pages "ITEMS TO BE SEIZED")

**AND TO SEIZE IT IF FOUND,** and bring it forthwith before me, or to this court at the courthouse of this court. This Search warrant and incorporated Affidavit was sworn to and subscribed before me this,

30th day of June, 2010, at 9:49 AM/PM. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____ ; NIGHT SEARCH APPROVED: YES ✓ NO ___
(Signature of Magistrate)

Deborah L. Sanchez                    Judge of the Superior Court; Southeast Judicial District.

L001569



## LOS ANGELES COUNTY SHERIFF DEPARTMENT
## SEARCH WARRANT AND AFFIDAVIT

### SUBJECT PREMISE #1

1). The residence located at ▮▮ Pivot Street, Downey, State of California; further described as a single story structure, with a green stucco, with dark green trim, with a grey composite roof. The address number of ▮▮ on painted on the south curb line. The front door is a black security door that faces north. There is also another black security door that faces east.

This includes any attics, rooms, basements, closets, cupboards, drawers, safes, lock boxes, and other parts therein, the surrounding grounds and any garages, sheds, vehicles, trash containers, out buildings, and storage rooms thereon: any vehicles parked on the property or in the street in front of or adjacent to the location, provided that said vehicles can be specifically connected to an occupant or permanent resident of the location to be searched prior to searching said vehicle or vehicles.





## LOS ANGELES COUNTY SHERIFF DEPARTMENT
## SEARCH WARRANT AND AFFIDAVIT

### (ITEMS TO BE SEIZED)

FOR THE FOLLOWING PROPERTY:

Any and all guns for which the occupants cannot show legal ownership of, ammunition for any handgun or assault rifle, and any other similar assault rifle or parts, any miscellaneous gun pieces, gun cleaning items or kits, holsters, ammunition belts, original packaging, targets, expended pieces of lead, any photographs of firearms, and any paperwork showing the purchase, storage, disposition, or dominion and control over any guns, any ammunition, or any of the above listed items.

Any articles of personal property tending to establish the identity of persons who have dominion and control over premises and automobiles to be searched, including rent receipts, utility bills, telephone bills, addressed mail, personal identification, keys, purchase receipts, sales receipts, photographs, safe deposit box receipts, vehicle slips, and vehicle registration.

Containers, including boxes, bags, briefcases, suitcases, or other containers that could be used to carry controlled substances, currency, and chemicals used to manufacture controlled substances. Currency in an amount exceeding $2,500, money wrappers, rubber bands, and devices used to count money. Bank account records, wire transfer records, bank statements, safe deposit box keys and records, money wrappers, rubber bands, money containers, financial records and notes, from 1995 to the present, showing payment, receipt, concealment, transfer, or movement of money generated from the sale of controlled substances or chemicals used to manufacture controlled substances and/or racketeering activities.

Drug or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity and/or times when controlled substances or chemicals used to manufacture controlled substances were obtained, transferred, sold, shipped, distributed, and/or concealed, obtained, transferred, sold, shipped, distributed, and/or concealed, including any shipping receipts, shipping labels, or shipping/packaging materials.



## LOS ANGELES COUNTY SHERIFF DEPARTMENT
## SEARCH WARRANT AND AFFIDAVIT
### (ITEMS TO BE SEIZED)

Personal telephone books, address books, telephone bills and documents and other items reflecting names, addresses, telephone numbers that document association among and between the target subjects and associates involved in drug trafficking activities and racketeering activities.

Photographs, letters, cables, telegrams, facsimiles, personal notes and documents and other items that document drug trafficking, gang affiliation, and/or racketeering activities of the target subjects and their associates.

Records, documents and deeds from 2008 to the present reflecting the purchase or lease of real estate, vehicles, precious metals, jewelry or other items, obtained with the proceeds from drug trafficking activities, or as a result of racketeering activities. Records of off-site locations to store records, including safe deposit box keys, records, receipts, and rental agreements for storage facilities from 2008 to the present. Records of mail and communications services from 2008 to the present, answering machines, telephone paging devices, beepers, car telephones, cellular telephones, and other communication devices that evidence participation in drug trafficking or manufacturing activities. Records, items and documents, from 2008 to the present, reflecting travel for the purpose of participating in drug trafficking, including passports, airline tickets, vehicle rental receipts, DMV registration and ownership records, credit card receipts, hotel and restaurant receipts, canceled checks, maps, and records of long distance calls, which reflect domestic and foreign travel.



Mementos, including photographs and other historical keepsake items which document the association of the Target Subjects with each other and other suspected gang members, or their associates, and/or drug traffickers. Indicia of gang membership, including documents that contain writings or drawings demonstrating gang-affiliation, such as letters to/from prison inmates and graffiti, photographs, jewelry, newspaper clippings, and/or tattoo parlor receipts.

L001572



## AFFIANT STATEMENT

Your affiant, Detective Roberto Figueroa, a peace officer for the Los Angeles County Sheriff's Department, has been employed as a Deputy Sheriff since 1995. Your affiant has been assigned as a Deputy at Century Station since March 2000, and Detective Bureau since June 2008, specializing in the crimes against persons and crimes against property.

Your affiant has investigated hundreds of these cases related to crimes against persons and crimes against property. These cases range from petty thefts to home invasion robberies.

Your affiant has received both formal and informal training in the investigation of crimes against persons and property. Your affiant has interviewed hundreds of suspects and has questioned them concerning the manner in which they commit their crimes and hide their weapons.

Your affiant, in the daily course of his duties, not only has investigated crimes against persons and property, but initiated his own investigations in regards to those crimes.

Your affiant has testified as an arresting officer and investigating officer for the aforementioned crimes in the Los Angeles Municipal, Superior, and Juvenile Courts.



Your affiant also knows it is common for persons who commit such crimes to often keep the weapons used/stolen items in their place of residence and in their personal vehicles.



FILE NO.                    SW _____

## LOS ANGELES COUNTY SHERIFF DEPARTMENT

### REQUEST FOR AN ORDER SEALING THE AFFIDAVIT OR A PORTION OF THE AFFIDAVIT

Your Affiant requests that the following portion of the Search Warrant Affidavit be ordered sealed by the Magistrate on order to implement the privilege under Evidence Code Section 1041 and to protect the identity of any confidential informant(s), pursuant to the Supreme Court decision in People V. Janet Marie Hobbs (1994), 7.C. 4th 948.

If any of the information within the requested sealed portion of the Affidavit is made public, it will reveal or tend to reveal the identity of any confidential informant(s), impair further related investigations and endanger the life of the confidential informant(s).

IT IS ORDERED THAT: the following portion of the Search Warrant Affidavit identified as the **"Confidential Attachment"** be sealed and kept in the custody of the **Los Angeles County Sheriff's Department** and not be made a part of the public record until further order of this court or any competent court

Dated 6/30/10          _signature_

L001574

FILE NO.                    SW _____

## LOS ANGELES COUNTY SHERIFF DEPARTMENT

## REQUEST FOR AN ORDER SEALING THE AFFIDAVIT OR A PORTION OF THE AFFIDAVIT

Your Affiant requests that the following portion of the Search Warrant Affidavit be ordered sealed by the Magistrate on order to implement the privilege under Evidence Code Section 1041 and to protect the identity of any confidential informant(s), pursuant to the Supreme Court decision in People V. Janet Marie Hobbs (1994), 7.C. 4th 948.

If any of the information within the requested sealed portion of the Affidavit is made public, it will reveal or tend to reveal the identity of any confidential informant(s), impair further related investigations and endanger the life of the confidential informant(s).

IT IS ORDERED THAT: the following portion of the Search Warrant Affidavit identified as the **"Confidential Attachment"** be sealed and kept in the custody of the **Los Angeles County Sheriff's Department** and not be made a part of the public record until further order of this court or any competent court

Dated _____    _____

(Signature of Magistrate)

Judge of the Superior Court, _____ Judicial District