## LOS ANGELES COUNTY SHERIFF DEPARTMENT
## SEARCH WARRANT AND AFFIDAVIT

### (STATEMENT OF PROBABLE CAUSE)

### (BEGINNING OF SEALED PORTION)

Your Affiant is also currently assigned to a Federal Joint Task Force with the Bureau of Alcohol, Tobacco, Firearms & Explosives. Detective Figueroa has been involved in an ongoing investigation into the Federal Racketeer Influenced Corrupt Organization (R.I.C.O.) and drug activities of the "Florencia 13" criminal street gang. During the course of this investigation I have obtained the following information:

On May 7, 2010, the Honorable David O. Carter, United States District Judge for the Central District of California, signed a federal court order in criminal miscellaneous matter ("CR Misc.") Order #09-323©-, authorizing the interception of wire communications over:

(323) 517-7478, a Sprint Nextel Communications Cellular Telephone, Account Number 889067910, International Mobile Subscriber Identity Number ("IMSI") 000003345615841, ESN 268435457401477700, subscribed to Alberto Vazquez, at PO BOX 54988 Irvine, CA 92619, and used primarily by Marcos Lopez ("LOPEZ") (hereinafter "**Target Telephone #5**")

On May 19, 2010 at approximately 9:12 p.m., LOPEZ received an incoming (TT#5) call from an male later identified a Jesus Cervantes, who has been identified as a known "Florencia 13" gang member.

During the call the following conversation took place:

LOPEZ asked CERVANTES what time they can look at "them" tomorrow because LOPEZ received the "yellow ones" from the "brother-in-law" and a "white one" and it said "what the fuck?"

CERVANTES replied, of what's going on? LOPEZ said, like "it" was talking shit. LOPEZ said he received the "yellow one" from those "books" that "they" sent you (referring to CERVANTES) because they're asking that they kept writing CERVANTES and haven't heard from CERVANTES. CERVANTES replied to LOPEZ that he had not received anything. LOPEZ said, well they sent you "two yellow ones" and wondered if they intercepted them. CERVANTES said

L001576



## LOS ANGELES COUNTY SHERIFF DEPARTMENT
## SEARCH WARRANT AND AFFIDAVIT
## (STATEMENT OF PROBABLE CAUSE)

he hadn't received anything. The telephone conversation between LOPEZ and CERVANTES

continued. LOPEZ then added that he just received "one yellow" and "one white" from "him" today. Cervantes asked if LOPEZ opened them. LOPEZ said the he opened the "yellow one", but he hasn't done anything with them yet, because LOPEZ didn't know if he received them "personally" from "him." CERVANTES asked if he checked it and LOPEZ said he saw something was there but hasn't checked it yet until he spoke with CERVANTES. CERVANTES stated he would get with LOPEZ.

Based on my training and experience, knowledge of this investigation and portion of this telephone conversation, I believed LOPEZ was advising CERVANTES that he had received written communication from the Mexican Mafia members, who are incarcerated in prison. I believe the "yellow one" and the "white one" is coded language for the type of content that is contained in each of the written communication. I believe the "yellow one" is referring to a yellow legal sized manilla envelope. However, I do not know at this time what the "white one" is referring too. I believe that LOPEZ and CERVANTES are discussing communications they received from incarcerated members of the Mexican Mafia. It has been my experience that Mexican Mafia members distribute rules to fellow gang members out on the street through these types of communications to individuals that are loyal to their cause. These rules often call members of an enterprise to commit violent acts or to make certain that the proceeds from illegal racketeering acts are accounted for by the leaders. I know that written communication is sometimes hidden in the books in order to thwart law enforcement and for successful communication out of prison.



On May 22, 2010, at approximately 11:52 am, LOPEZ made an outgoing telephone call utilizing Target Telephone #5. The outgoing telephone call was made to telephone number (323) 212-8139, where a male Hispanic answered the phone. The male Hispanic has been identified as Hector Martinez.

During the call the following conversation took place:
   LOPEZ asked MARTINEZ if he talked to EBE about the "ones" that Julio brought.

L001577



## LOS ANGELES COUNTY SHERIFF DEPARTMENT
## SEARCH WARRANT AND AFFIDAVIT
## (STATEMENT OF PROBABLE CAUSE)

MARTINEZ said he had not talked about prices or any of that but told him (EBE) that MARTINEZ will have some "regulars." LOPEZ said he (EBE) talked to Julio and was going to see "them" and asked what price LOPEZ should give him. MARTINEZ said "3" and LOPEZ replied, "no, at 310". MARTINEZ said no because the other fool went down to 270, making 30 bucks on each one. Based on my training and experience, knowledge of this investigation I believe that LOPEZ and MARTINEZ are using coded language to described the "ones" and "regulars" as illegal narcotics. It is also my belief that MARTINEZ prices for the sale of narcotics is "3" referring to 300 dollars and LOPEZ replied no "310" (also referring to dollars). Based on my training and experience that both LOPEZ and MARTINEZ are negotiating the price in which the narcotics should be sold and distributed.



LOPEZ current California driver's license number is A7146786. By searching the records of the Department of Motor Vehicles, the current address of record is 9710 Parmelee Ave, city of Los Angeles. Your Affiant believes that LOPEZ is trying to conceal his residence in order to avoid law enforcement detection. Your Affiant knows that gang members avoid updating their CDL address of record, in order to accomplish this.

During the course of this investigation you affiant has knowledge that LOPEZ is currently residing with his girlfriend, GISELLE CASADO. Your affiant searched the Department of Motor Vehicles records and ascertained that GISELLE CASADO'S California Driver's License is D███████. GISELLE CASADO has a 1997 Lexus, license plate number ███████, registered in her name. By searching Department resources your affiant ascertained the current residential address for GISELLE CASADO to be ███ Pivot Street, city of Downey. On June 11, 2010 your affiant drove by the address of ███ Pivot Street, Downey and saw a black Lexus, license plate number  parked in the driveway. Your affiant believes that LOPEZ is the primary driver of the black Lexus and he is currently residing at the address of ███ Pivot Street, city of Downey.

Based upon his training and experience, participation in other gang and narcotic



L001578



## LOS ANGELES COUNTY SHERIFF DEPARTMENT
## SEARCH WARRANT AND AFFIDAVIT

### (STATEMENT OF PROBABLE CAUSE)

investigations, and extensive discussions with other law enforcement officers, who are experienced in narcotics and gang investigations, your Affiant knows that drug trafficking is an ongoing or continuing criminal enterprise, and that narcotics traffickers, including those individuals also involved in or affiliated with a street gang, will frequently keep records, documents, and other evidence pertinent to their drug trafficking or racketeering activities at their residence, areas associated with their residence, and stash locations, even if they do not keep narcotics at that location. In light of the fact that drug trafficking is a continuing criminal enterprise, your Affiant also knows that drug traffickers and gang members will engage in their illegal activities over long time periods, and even if no longer actively trafficking narcotics, will keep records of their drug trafficking or other racketeering activities for several years.



Similarly, based upon his training and experience, your Affiant knows that members of a criminal street gang, such as the F13, and their associates, will engage in illegal racketeering activities over the course of several years, and will maintain evidence of this membership and their illegal racketeering activities even if no longer actively participating in this activity. Your Affiant also knows that the following is true:

    a. That narcotics traffickers, which is a primary racketeering activity of the F13, and their associates, often purchase and/or title their assets in fictitious names, aliases or the names of relatives, associates or business entities to avoid detection of these assets by government agencies;

    b. That even though these assets are in names other than the narcotics traffickers' name,

L001579