

## LOS ANGELES COUNTY SHERIFF DEPARTMENT

## SEARCH WARRANT AND AFFIDAVIT

## (STATEMENT OF PROBABLE CAUSE)

the narcotics traffickers actually own and continue to use these assets, and/or exercise dominion and control over such assets;

    c. That narcotics traffickers must maintain, on hand, large amounts of U.S. currency in order to maintain and finance their on-going narcotics business;

    d. That it is common for narcotics traffickers to maintain books, records, receipts, notes, ledgers, receipts relating to the purchase of financial instruments and/or the transfer of funds, and other papers relating to the transportation, ordering, sale and distribution of controlled dangerous substances, including documents related to the shipping of controlled substances. That the aforementioned books, records, receipts, notes, ledgers, etc. are maintained where the traffickers have ready access to them, such as in their residence, garage, storage locations, or other outbuildings;



    e. That it is common for narcotics traffickers and gang members engaged in the sales of narcotics to secrete contraband and the proceeds of narcotics transactions in secure locations within their residences, garages or other outbuildings, their businesses, the residences of relatives and associates, safe deposit boxes and/or other locations over which they maintain dominion and control, for ready access and conceal these items from law enforcement authorities;

    f. That in order to accomplish this concealment, narcotics traffickers frequently build "stash places" within their residences, their businesses, the residences of relatives and associates, and/or other locations (including burial on the grounds thereof) and that there

L001580



# LOS ANGELES COUNTY SHERIFF DEPARTMENT

## SEARCH WARRANT AND AFFIDAVIT

### (STATEMENT OF PROBABLE CAUSE)

area number of publications available, particularly on the Internet, instructing where and how to build "stash places." Copies of these types of publications are known to be used by narcotics traffickers;

g. That it is common for persons involved in narcotics trafficking organizations, including street gangs, to maintain evidence relating to their obtaining, secreting, transfer, concealment and/or expenditure of narcotics proceeds, such as: large amounts of currency, financial instruments, precious metals and gemstones, jewelry, books, records, invoices, receipts, records of real estate transactions, bank statements and related records, Certificates of Deposits, passbooks, money drafts, letters of credit, money orders, bank drafts, cashiers checks, bank checks, safe deposit box keys, money wrappers and other evidence of other financial transactions. These items are maintained by the narcotics traffickers or gang members within their residences, garages, other outbuildings, their businesses, the residences of relatives and associates, safe deposit boxes and/or other locations which they maintain dominion and control;

h. That when narcotics traffickers amass large proceeds from the sale of narcotics, the narcotics traffickers' attempt to legitimize these profits through money laundering activities, including establishing apparently "legitimate" businesses that are used to launder narcotics proceeds. To accomplish these goals, narcotics traffickers utilize, including, but not limited to, domestic banks and their attendant services, securities brokers, professionals such as attorneys and accountants, casinos, real estate agents, shell





## LOS ANGELES COUNTY SHERIFF DEPARTMENT
## SEARCH WARRANT AND AFFIDAVIT
## (STATEMENT OF PROBABLE CAUSE)

corporations, business fronts and otherwise legitimate businesses which generate large quantities of currency to legitimize their illegal profits;

i. That the sale of cocaine, methamphetamine and other controlled dangerous substances generates large quantities of United States currency in small denominations (commonly referred to as "street money");



j. That it is common for narcotics traffickers and gang members to separate their "street money" by denomination and put this currency in rubber banded stacks, or similar methods, to facilitate counting and transportation;

k. That structured currency transactions are currency transactions in which a customer intentionally break down more than $10,000.00 into a series of smaller transactions, each under $10,000.00, for the purpose of evading the reporting requirements of the Bank Secrecy Act. This "structured" activity, also known as "smurfing," is accomplished by an individual, who, with the intent of having a financial institution not report the currency transactions, engages in a series of currency transactions, each under $10,000.00, at the same bank on the same day, or at different banks on different days. This "structured" activity by the individual is done for the purpose and intent if transferring or moving large amounts of aggregate currency through the financial institutions in a manner



**L001582**



## LOS ANGELES COUNTY SHERIFF DEPARTMENT
## SEARCH WARRANT AND AFFIDAVIT
## (STATEMENT OF PROBABLE CAUSE)

which would avoid having the financial institutions report the actual movement of currency and/or the identities of those involved. The reporting requirements of the Bank Secrecy Act create a paper trail that can be followed to identify individuals involved in illegal enterprises and tax evasion schemes; however, by using "structured" currency transactions, an individual conducts the transactions in such a manner as to evade the reporting requirements of the Bank Secrecy Act.



L. That deposits of large amount of currency, which include the structuring and/or breaking of a cache of funds into multiple deposits, each under $10,000.00, so as to circumvent the filing of Cash Transaction Reports (CTRs), is indicative of money laundering activities.

M. That narcotics traffickers at times become fearful that their extravagant spending habits will bring them under scrutiny by the Internal Revenue Service or other Federal, State or Local agencies. In order to legitimize their spending, these traffickers file tax returns reporting income commensurate with the amount of money they have spent during the year, which they feel, can be traced and documented by the government. The source of their income reported on these returns is usually falsely stated, misleading or generic terms. Retained copies of these returns are commonly kept by the traffickers in their residence and businesses.



LOS ANGELES COUNTY SHERIFF DEPARTMENT

SEARCH WARRANT AND AFFIDAVIT

(STATEMENT OF PROBABLE CAUSE)

N. That traffickers in controlled dangerous substances and gang members commonly maintain addresses or telephone numbers in books or papers which reflect names, addresses and/or telephone numbers of their associates in the trafficking organization and gang, and/or individuals involved in their money laundering activities.

O. That narcotics traffickers and gang members utilize cellular telephones and/or portable cellular telephones so as to make it more difficult for law enforcement authorities to identify and/or intercept their conversations.

P. That drug traffickers and gang members take or cause to be taken photographs of themselves, their associates, their property and their product using still and video cameras. That these traffickers and gang members usually maintain these photographs in their possession. In addition, these photographs will often have the gang members displaying gang signs or other evidence of their gang affiliation such as tattoos.

Q. That gang members will display their gang membership through writings or artwork that will identify their allegiance or membership in the F13, or through letter to/from F13 members and associates in prison.

R. That the courts have recognized that unexplained wealth is probative evidence of crimes motivated by greed, in particular trafficking in controlled dangerous

L001584

## LOS ANGELES COUNTY SHERIFF DEPARTMENT

## SEARCH WARRANT AND AFFIDAVIT

## (STATEMENT OF PROBABLE CAUSE)

Substances

S. That narcotics traffickers and gang members commonly have in their possession that is on their person, at their residences and/or businesses, firearms, including, but not limited to: Handguns, pistols, revolvers, shotguns, machine guns and other weapons. These firearms are used to protect and secure a drug traffickers' property and to commit racketeering crimes. Such property may include, but is not limited to, narcotics, records, proceeds, and profits derived from narcotics trafficking. These firearms are also used to prevent the theft of controlled dangerous substances and to protect themselves from law enforcement officers effecting a seizure and arrest. It has been your Affiant's experience that drug traffickers also utilize firearms to intimidate persons who owe money for controlled dangerous substances provided on consignment.

T. That gang members often reside at various locations at any one time in order to prevent their apprehension by law enforcement, and that the F-13 gang has often utilized various residences, in order to safely store their drugs, firearms, and other contraband ("stash houses" or "safe houses").

U. That, during conflicts or after they have committed crimes, they utilize different residences in order to hide out from law enforcement and rival gang members and



## LOS ANGELES COUNTY SHERIFF DEPARTMENT

## SEARCH WARRANT AND AFFIDAVIT

## (STATEMENT OF PROBABLE CAUSE

drug traffickers. Also, that they have placed utilities, and vehicles under other person's names, in order to further conceal their nexus to the locations and vehicles.

V. That gang members commonly arm themselves with firearms, and other dangerous weapons, in order to facilitate crimes that they commit. These weapons are used against rival gang members, innocent victims, and law enforcement in a variety of different crimes. Furthermore, the weapons that they obtained are almost always obtained through



some illegal act or in some illegal manner. For this reason, gang members are reluctant to discard a weapon; instead they will give it to a fellow gang member to hold. This weapon will be used time and time again by the gang, and be passed from one gang member to the next.



L001586



# LOS ANGELES COUNTY SHERIFF DEPARTMENT

## SEARCH WARRANT AND AFFIDAVIT

## (STATEMENT OF PROBABLE CAUSE

In conclusion, based upon this information and his training and experience, Affiant believes that the Subject Premise will contain the evidence sought herein. Your Affiant also believes that theses items to be seized will further assist to prove that the conspiracy that F-13 gang has been involved in is ongoing to this date.

Your affiant requests night-time service be granted for this warrant to protect the officers and general public. Your affiant believes that nighttime service would reduce the likelihood of a confrontation with law enforcement and/or jeopardize innocent civilians that may be in the vicinity. The service of this warrant in the early morning hours would reduce the risk to children going to school, and would increase the probability that the individual(s) sought in this warrant will be at the described residence. In addition, night time services would prevent the suspect from destroying evidence.





L001587