DECLARATION OF TERRENCE P. MANN

I, Terrence P. Mann, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. With AUSA Sheila Nagaraj, I represent the government in the matter of United States v. Laredo, et al., CR No. 13-537-BRO.

2. In finalizing the government's opposition to the motion to suppress evidence filed by defendant TANNOUS FAZAH (Docket No. 494; the "Motion"), I assembled documentary exhibits that are referenced in the government's memorandum of points and authorities. Each of the law enforcement reports that is attached here has been previously produced in discovery to the defense, as indicated in the Bates numbering at the bottom right-hand side of each page. In the interests of the safety of witnesses and others, the exhibits have been heavily redacted, including all addresses and personal identifying information. Redacted materials can be made available to the Court in unredacted form upon request.

3. Attached hereto as Exhibit A is a true and correct copy of a March 14, 2010 Arrest Report by Huntington Park Police Department ("HPPD") Detective G. Prado.

4. Attached hereto as Exhibit B is a true and correct copy of a California state search warrant and the underlying affidavit, executed on March 14, 2010, for a residential apartment unit located on Stafford Avenue in Huntington Park, California (referred to herein and in the government's opposition as the "Subject Premises").

///

1

5.     Attached hereto as Exhibit C is a true and correct copy of the return for the March 14, 2010 search warrant for the Subject Premises.

6.     Attached hereto as Exhibit D is a true and correct copy of a March 14, 2010 Crime Report by HPPD Supervisory Officer J. Mares.

7.     Attached hereto as Exhibit E is a true and correct copy of a March 14, 2010 Witness Statement Report by HPPD Detective F. Valle.

8.     Attached hereto as Exhibit F is a true and correct copy of a Google maps aerial view, obtained by AUSA Nagaraj, that depicts the location of both the Subject Premises and the murder at issue here.

9.     Attached hereto as Exhibit G is a true and correct copy of a Google maps street view, also obtained by AUSA Nagaraj, that depicts the location of the Subject Premises relative to the other residences on Stafford Avenue that were searched immediately following the March 14, 2010 murder.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed at Santa Ana, California.

DATED: February 26, 2015

\_\_\_\_/S/_____
TERRENCE P. MANN