# Exhibit A

DR# ▮▮▮▮▮▮▮▮    PAGE 1

# HUNTINGTON PARK POLICE DEPARTMENT
## ARREST REPORT
### 187 PC

1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2. 
3. Saldivar, Ezequiel (▮▮▮▮)    A/A ▮▮▮▮▮▮
4. 
5. Valenzuela, Alex (▮▮▮▮)    C/A ▮▮▮▮▮▮
6. 
7. 
8. Mendez, Richard (▮▮▮▮)    D/ ▮▮▮▮▮▮
9. 
10. 
11. Rojas, Josue (▮▮▮▮)    E/ ▮▮▮▮▮▮
12. 
13. 
14. Fazah, Stannous (▮▮▮▮)    B/ ▮▮▮▮▮▮
15. 
16. 
17. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18. 
19. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20. 
21. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22. 
23. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24. 
25. 
26. MAR 14 PT :18
27. 
28. 
29. 
30. _____

L004583 A
(re-produced 11-25-2013)

DR# ▓▓▓▓▓▓▓▓▓▓     PAGE 2

# HUNTINGTON PARK POLICE DEPARTMENT
## ARREST REPORT
### 187 PC

1. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. On 03-14-10, at approximately 0100 hours, units responded to the west alley of Templeton St north of Randolph St. regarding a single shot heard and a possible male bleeding from the head. Upon arrival, officers observed a male Hispanic subject lying on the west alley of Templeton St north of Randolph St. The male appeared to have a gunshot wound to the left eye and was unresponsive. For further details see Senior Officer Mares' crime report under the same Dr#.

10. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11. Officers began to canvass the area for witnesses by knocking on several homes around the crime scene. I asked dispatch to relate to the initial callers (911) that I would like to speak to them a little further. I was then provided with ▓▓▓ number (▓▓) ▓▓▓ I spoke to ▓▓ over the phone. ▓▓ refused to give me ▓▓ address because of fear of retaliation by the suspects. ▓▓ related ▓▓ was in ▓▓ living room watching television when ▓▓ heard a single gun shot, ▓▓ related ▓▓ looked out of ▓▓ window and observed five to six "cholos" (gang members), running west in the north alley of Randolph St toward Stafford Ave. The suspects then continued south on Stafford Ave and entered the complex of ▓▓ Stafford Ave. ▓▓ related ▓▓ wasn't sure if the subjects entered the parking lot area of that address or the door that faces west leading into a stairwell that leads to ▓▓ Stafford Ave.

22. ▓▓ related ▓▓ then left the window to get ▓▓ cell phone in order to call "911" and when ▓▓ returned a few minutes later ▓▓ saw three subjects running away from the residence north on Stafford Ave. Before we ended our conversation, ▓▓ related that some of the subjects ▓▓ observed running west in the alley had arrived in a small white compact vehicle, located in the corner of Stafford Ave and the north alley of Randolph St. ▓▓ related the vehicle was facing north. I then observed a White Mitsubishi Mirage CA Lic # ▓▓▓ parked in that spot and walked over to it. While standing next to the vehicle, ▓▓ related ▓▓ could see me and I was standing next to the vehicle ▓▓ was talking about. The vehicle was eventually impounded per 22655.5 VC (Evidence).

DET. G. PRADO     

DR# ███████                                                          PAGE 3

## HUNTINGTON PARK POLICE DEPARTMENT
### ARREST REPORT
### 187 PC

1   It should be noted that ███ Stafford Ave, ███ Stafford Ave, and ███ Stafford Ave.
2   are all one two-story complex divided into three seperate units. ███ Stafford Ave is located upstairs
3   on the north side of the complex. ███ Stafford Ave is located upstairs on the south side of the
4   complex and ███ Stafford Ave is located on the bottom south. The bottom north side of the
5   complex is a three car garage.
6
7       I then contacted another caller (W/███) via my cell phone and asked to speak to ███
8   further regarding what ███ saw. W/███ related ███ was watching televison in ███ living room at
9   approximately 0030 hours, when ███ heard people across the street. When W/1 looked outside ███
10  window, ███ observed approximately six to eight subjects standing next to a white Mitsubishi. W/1
11  related ███ believes that the subjects had just exited the vehicle. W/1 related that a few minutes later
12  when ███ heard a single gun shot coming east of ███ location. W/1 related when ███ looked out of ███
13  window ███ observed approximately ten to fifteen subjects (who appeared to be gang members)
14  running west in the north alley of Randolph St, toward Stafford Ave. W/1 related the subjects then
15  ran south on Stafford Ave and into the parking lot of ███ Stafford Ave. W/1 related that a few
16  minutes later, ███ observed a couple of subjects run out of the parking area of ███ Stafford Ave.
17  W/1 related two subjects ran south and some ran north. W/1 related one of the ones who ran north,
18  passed directly
19
20      W/1 described this subject as a male, ████████████████████ wearing a black
21  shirt. W/1 related ███ could not identify the suspect if seen again. W/1 related ███ could only
22  describe the other subjects as male gang member types.
23
24      At that time, I contacted the owner (███████) of ███ Randolph St (Property just
25  south of ███ Stafford Ave). I advised her of the circumstances and that we believed that a possible
26  suspect or suspects could have entered any of the three properties north of her home. At that point
27  ███ related that she owned the building containing ███████, and ███ Stafford Ave.
28  ███ related that her son ███████ lived at the ███ Stafford Ave address. Her
29  daughter ███ and her grandson Stannous Farah lived at the ███ address. She further
30  related she rented out the ███ Stafford Ave address to ███████ (███). Mrs. ███ then
31  related she could give me the keys to the residences to check on her family and tenants. ███
32  ███ then provided me with the keys to all three addresses named above.

DET. G. PRADO                                                      

DR# ████████                                                                    PAGE 4

## HUNTINGTON PARK POLICE DEPARTMENT
### ARREST REPORT
### 187 PC

1      I then made several announcements via a patrol unit's loudspeaker system in English and
2  Spanish asking the residents of the three addresses named above to step out and contact Police. ███
3  ███████ and ███████ (███████████████) came out and made contact with Police
4  Officers and related everything was fine inside their residence. Sgt. Chacon related to ███ the
5  circumstances and related that Officers were concerned victims(s) could be inside one of the
6  apartments. Sgt. Chacon asked ███ if Officers could check ███ home and ███ gave consent. Officers
7  then checked ███ Stafford Ave and found everything was ok inside.
8
9      I then made more announcements via the patrol unit's loudspeaker and asked the residents
10 of ███ and ███ Stafford Ave to come out and contact Police. We received no response and
11 decided to walk up too ███ Stafford Ave and attempts to conduct a safety check on the residence.
12 Upon arrival at the front door, a woman ███████████ ) came to the door and opened it.
13 Seconds later, her husband (███████████) joined her. I explained the situation and asked if
14 Officers could check their home for any victims or suspects. ███████████ agreed and gave Officers
15 consent to search her home. Officers conducted a protective and welfare search and found
16 everything was ok inside the residence.
17
18     I then made several more announcements via the patrol unit's loudspeaker and asked the
19 residents of ███ Stafford Ave to contact Police. After several more announcements were made,
20 no response was received. We then decided to walk up to the front door and attempt to conduct a
21 safety check. I made several more announcements in English and Spanish from outside the door but
22 still got no response. As I was attempting to unlock the door with the key provided by ███████
23 ███████ (owner) a male subject (later identified as S/Farah) opened the door. S/Farah stepped out
24 of the residence and I asked him if he was ok. S/Farah related he was fine but wanted to know what
25 was going on. As I was attempting to explain the circumstances, a ███████ walked out of the
26 residence (PL ███████) and she complied with my requests and was escorted from the residence by
27 an Officer. Looking inside the residence, I could see a bedroom to the north of the apartment. Inside
28 that bedroom, there was a male subject laying on a bed and another laying on the ground. I called
29 out to the subjects and another subject (Later identified as S/Saldivar) appeared from behind a door
30 in the room and walked out. Officers then escorted S/Saldivar out of the residence. I again called
31 out to the subjects that were laying on the bed and floor, but I received no answer. In order to make
32 sure the subjects weren't injured, Officers entered the residence. Another subject (S/Valenzuela),
   who was hiding in a corner to the east of the room, came walking out. S/Valenzuela was then

DET. G. PRADO



DR# ███████                                                                 PAGE 5

## HUNTINGTON PARK POLICE DEPARTMENT
### ARREST REPORT
### 187 PC

1  escorted out of the residence by Officers. Before entering the room, I again ordered the subject in
2  the bed and on the ground to get their hands up but received no reply. As we got closer and began
3  entering the room, I could see the subject on the floor was still not moving. I again gave both of
4  them commands and the subject on the bed (later identified as S/Mendez) stood up and began to
5  comply with my orders. S/Mendez was then escorted out by Officers. At that time I ordered the
6  subject laying on the ground (later identified as S/Rojas) to show me his hands, as he was laying on
7  his left side and had his back to us. After several more commands to put his hands up were given,
8  the only reaction we got from S/Rojas was a slight movement of his hands.
9  Fearing he was hiding a weapon, we advised S/Rojas that if he didn't comply he would be Tased.
10 S/Rojas continued to keep his hands hidden and was not complying with my orders. I again advised
11 S/Rojas that if he didn't comply with my request to put his hands up he would be Tased. S/Rojas
12 again did not comply. At that time, I directed Detective Valle to deploy his Electronic Control
13 Device (Taser) at S/Rojas. Detective Valle deployed the Taser and struck S/Rojas in the mid-back
14 and he was given a nine second burst and immediately complied. S/Rojas was then placed in
15 handcuffs and escorted out. As S/Rojas was escorted out, I noticed some injuries to his knuckles or
16 hands as if he had been in a fight. S/Rojas had dried blood all over his two hands.

18     At that point, I observed a dresser drawer that was mostly empty, laying on the bed. In plain
19 view, I observed a large capacity 9mm magazine (30 round) laying inside the open drawer. The
20 magazine seemed to belong too some kind of pistol and had live hollow point rounds in it. While
21 continuing the safety check, Officers came upon a large closet, when the closet was opened, I
22 observed a large rifle standing against the wall of the closet. I observed the rifle was brown and
23 black in color. For further information on the magazine and rifle refer to Detective Thoreson's
24 supplemental report under the same Dr#.
25
26     I then contacted W███ and explained to ██ the field line-up identification process and
27 ███ agreed to participate. W███ could not identify any of the subjects detained (S/Farah,
28 S/Saldivar, S/Valenzuela, S/Mendez, S/Rojas, and ███████)
29
30     Based on the fact that witnesses observed the suspects running toward and into the residence
31 and some of them were seen leaving but not all. Based on the fact that the suspects appeared to be
32 hiding inside their residence and not complying with the numerous requests made by the public
   announcement system and seeing the 9mm magazine hollow point ammo which was the same found

DET. G. PRADO



L004587 A
(re-produced 11-25-2013)

DR# ▮▮▮▮▮▮                                         PAGE 6

## HUNTINGTON PARK POLICE DEPARTMENT
### ARREST REPORT
### 187 PC

1  at the crime scene, all suspects were placed under arrest and transported to the station for booking.
2  ▮▮▮▮▮▮ (who was a possible witness) was also detained at the station but later released to
3  mother (▮▮▮▮▮▮ CDL# ▮▮▮▮▮▮ phone (▮▮▮) ▮▮▮▮▮▮)
4
5     Det. Mendoza the transported S/Rojas to Stacy Medical Center in the city of Vernon for
6  medical treatment (removal of probes). S/Rojas was treated and cleared for booking by the staff at
7  the Medical Center. Det. Mendoza the transported S/Farah to the Huntington Park Police station for
8  booking.
9
10    During a booking search of S/Fazah, $1,074.25 dollars were recovered from him. The money
11 was booked into safekeeping at the station. The Taser cartridge deployed was also booked into
12 evidence.
13
14
15
16
17
18

DET. G. PRADO

# HUNTINGTON PARK POLICE DEPARTMENT
## PROPERTY REPORT

Page # _____

DR # ███████

| OFFENSE | DATE/TIME OFFENSE OCCURRED | DATE/TIME THIS REPORT |
|---|---|---|
| 187(a) PC | 03/14/2010  0100 | 03/14/2010  0625 |

PROPERTY TYPE CODES: (USE ONE PER ITEM)  
S = STOLEN.  L = LOST   F = FOUND   C = CONTROLLED SUBSTANCES   K = SAFEKEEPING  
X = PHYSICAL EVIDENCE (PHOTOS, BLOOD, FIBERS, LIFTS, KITS, ETC.)   R = RECOVERED STOLEN

| ITEM # | QTY | PROPERTY TYPE CODES | DESCRIPTION / MAKE | SERIAL NUMBER (IF KNOWN) | VALUE |
|---|---|---|---|---|---|
| 100 | 1 | X | TASER CARTRIGE | | $0.00 |
| 101 | 1 | K | US CURRENCY | | $1,074.25 |

REPORTING OFFICER: DET. G. PRADO # 5259  
APPROVED BY: [signature]  
DATE:  
ENTERED BY:

PD-75 lg REV 5-22-07