**Exhibit B**

```
123 587 1150        Line 1           HUNTINGTON PARK POLICE DEPT      08:28  a.m.   03-14-2010         2/7
```

— ORIGINAL —

SW No.

STATE OF CALIFORNIA - COUNTY OF LOS ANGELES

# SEARCH WARRANT AND AFFIDAVIT
## (AFFIDAVIT)

__Detective G. Alpizar # 5232__ swears under oath that the facts expressed by him / her in this Search Warrant
(Name of Affiant)
and Affidavit and in the attached and incorporated statement of probable cause are true and that based thereon he / she has probable cause to believe and does believe that the property and/or person described below is lawfully seizable pursuant to the Penal Code Section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

_____, HOBBS SEALING REQUESTED: YES ( ) NO ( x )
(Signature of Affiant)                NIGHT SEARCH REQUESTED: YES ( ) NO ( x )

## (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER, OR PEACE OFFICER IN THE COUNTY OF LOS ANGELES: proof by affidavit having been made before me by __Detective G. Alpizar # 5232__,
(Name of Affiant)
that there is probable cause to believe that the property and/or person described herein may be found at the locations set forth herein and is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "x" (s) in that it:

____ was stolen or embezzled
_xx_ was used as the means of committing a felony
____ is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery,
_xx_ tends to show that a felony has been committed or that a particular person has committed a felony,
____ tends to show that sexual exploitation of a child, in violation of P.C. Section 311.3, or depiction of sexual conduct of a person under the age of 18 years, in violation of section 311.11, has occurred or is occurring,
____ there is a warrant for the persons arrest;

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

(SEE ATTACHMENT)

**FOR THE FOLLOWING PROPERTY/PERSON:**

(SEE ATTACHMENT)

Any item seized during the lawful service of this search warrant shall be disposed of in accordance with law by the Huntington Park Police Department upon adjudication of the case. The officers serving this search warrant are also hereby authorized, without necessity of further court order, to return seized items to any known victim(s) if such items have been photographically documented.

AND TO SEIZE IT IF FOUND and bring it forthwith before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to as true and subscribed before me this __14 th__ day of __March__, 2010, at ~~0915 hrs~~. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.
0935 hrs.

_____, HOBBS SEALING APPROVED: YES( ) NO ( ✓ )
(Signature of Magistrate)               NIGHT SEARCH APPROVED: YES ( ) NO ( ✓ )
MIKE CAMACHO
Judge of the Los Angeles County Superior Court.  Los Angeles Judicial District.

SW & A1

DA-1506-A1-76S346W3-Rev. 10/02

L004569 A
(re-produced 11-25-2013)

23 587 1150          Line 1                  JNTINGTON PARK POLICE DEPT          08:28  a.m.   03-14-2010              3 /7

## THE FOLLOWING LOCATIONS:

The premises at (■■■ Stafford Ave.), (Huntington Park), California, (90255); further described as an apartment unit within a (two) story multi-unit apartment building with a (white stucco) exterior and (white) trim; and including all rooms, attics, basements and other parts within apartment # (■) and all garages, trash containers, and storage area designated for the use of apartment # (■), or for which keys to garages, trash containers, and storage area are found at the premises to be searched, or in the possession of the occupants of the premises. There was a mail box on the property marked as ■ Stafford Ave. The unit in question is not marked as ■ but it was identified as such by the property owner, ■■■ who was present.

2) The vehicle described as a 1999, white Mitsubishi Mirage, bearing California License plate number ■■■.

3) The vehicle described as a white 2001, Cadillac Deville, bearing California License plate number ■■■.





## FOR THE FOLLOWING PROPERTY:

1) Any and all firearms, including handguns, rifles and shotguns,. In addition to any firearm, any spent casings, any miscellaneous gun/firearm pieces, ammunition, gun-cleaning items or kits, holsters, ammunition belts, original box packaging materials, magazines/cylinders/loading devices, targets, expended pieces of lead/bullets, any photographs of firearms, or any paperwork showing the purchase, storage, disposition, and/or dominion and control over any guns, any ammunition, or any of the above items.

2) Any evidence of street gang membership, or affiliation with any street gang, such as any paraphernalia making any reference to gang affiliation. Items such as any audio and/or video tapes making reference to street gangs, and/or any drawings, miscellaneous writings, objects, and/or graffiti depicting gang members' names, initials, logos, monikers, slogans, and/or containing mention of street gang membership affiliation, activity, and/or identity.

3) Peace officers or assigned representatives are authorized, during the execution of this Search Warrant, to video tape, photograph, and/or take digital images, take measurements and make sketches; and to seize suspected blood and other physiological fluids; and any and all instruments used to aid and abet in the commission of this homicide, clothing of the suspects(s) and/or victims(s); photos and film, developed and undeveloped.

Any tennis shoes with which the victim might have been kicked, which left a mark on his face. Any cell phones or related items possibly belonging to the victim. Any clothing worn by any of the suspects, including but not limited to a collar shirt with red stripes, black/dark shirt or jersey with an unknown number, black bandana, oversized white T-shirt and oversized blue jeans.

5) Any and all documents or items of personal property which tends to establish the identity of the person(s) who hold control over the vehicle and/or residence to be searched. This shall include rent receipts, utility bills, address books, mail, personal identification, keys, purchase receipts, photographs, vehicle registration, or other paperwork deemed pertinent to the investigation





**Expertise Page:**

I, Detective Gabriel Alpizar # 5232, your affiant, do hereby depose and say:

Your affiant is a police officer for the city of Huntington Park, in the County of Los Angeles. Your affiant has been a police officer for approximately 12 years. Your affiant was hired in July of 1997, and is currently assigned to the investigative division. Prior to assignment in the investigative division, your affiant was assigned to patrol.

Your affiant attended Rio Hondo Police Academy, in Whittier California. Your affiant has obtained many hours of Police Officer Standards of Training approved courses, including drug recognition, burglary investigation and interviewing techniques.

Your affiant has investigated numerous criminal cases, including but not limited to homicides, robberies, shootings, rapes, burglaries, assault and thefts.





013

*ML*

L004572 A
(re-produced 11-25-2013)

## STATEMENT OF PROBABLE CAUSE:

On 03/14/2010, at approximately 0100 hrs., several witnesses called the Huntington Park Police Department and reported hearing a shot being fired and seeing a man down. Responding officers located a subject laying to the rear of ▇ Templeton St, with what appeared to be a single shot wound to his head. LACFD responded and examined the unidentified male subject, who was pronounced dead at the scene. The victim had a cell phone holder on his belt with no cell phone in it. The suspect had what appeared to be the imprint of the sole of a shoe on his face.

Officers spoke with several witnesses who reported hearing several subjects beating on the victim, prior to someone shooting him. Witnesses reported seeing several subjects running away from the victim and entering the property located at ▇ Stafford Ave. The suspects were described as possible gang members (oversized white T-shirt and blue jeans, black/dark jersey with white numbers on it, black bandana and collar shirt with red stripes).

A perimeter was set and the residents from the two upstairs apartments were contacted. With their consent, their residences were searched. They were not believed to be involved and no other victims were located.

The property owner, ▇, was contacted. She said her grandson, Tannous FAzah, lived in the downstairs apartment, which she said was apartment ▇. Officers made several announcements for the residents of apartment ▇ to exit, and eventually they contacted the property owner's grandson, Tannous Fazah. Officers obtained the unit key from ▇ and as they were attempting to open the door to look inside, Fazah came to the door and contacted officers outside. Fazah said there were several other of his friends inside the apartment. Officers noticed a subject inside the apartment laying on the ground, who was un-responsive. Officers called the subject multiple times, but he did not answer. Fearing that the subject might have been hurt in the fight and shooting, they entered the apartment to contact the subject.

The subject eventually showed signs of consciousness, but would not cooperate with the officers. Officers eventually had to use the taser to gain his cooperation. The subjects fit the general description given by the witnesses. All subjects were detained pending further investigation.

The victim of this homicide, was later identified as ▇ who is a documented gang member from the Florencia 13 Street Gang. Some of the subjects detained at the location were also from Florence and officers saw Florencia 13 gang writing inside the apartment. A rifle and a magazine (possibly a large capacity handgun magazine) were also seen inside the apartment. The rifle was seen inside a livingroom closet while conducting a protective sweep. The magazine was inside a night stand drawer which was on top of the night stand (plain view). The items were left at the location.

Although officers made many announcements with their police vehicle public announcement system and used the vehicles' spot light to illuminate the apartment, the subjects detained said they were asleep and that is the reason why they did not come to door initially. Considering the above, it appears they were not being truthful and were simply attempting to avoid police contact.

One of the witnesses also said the subjects involved in the fight and shooting arrived at the location in a white Mitsubishi Mirage ▇ parked outside of ▇ Stafford Ave. One of the subjects detained inside the apartment, Josue Rojas, said the vehicle in question belongs to his mother, and he said he drove it to ▇ Stafford ave. This vehicle was recently impounded in the City of Bell and the occupants were arrested for gun related charges.

This vehicle was impounded and transported to HP Tow as evidence. I am requesting the vehicle in question be searched for physical and biological evidence, such as suspect's fingerprints and any biological evidence establishing the suspects' presence inside the vehicle.

Fazah's vehicle (2001 Cadillac Deville - ███████) was parked at the location. This vehicle was also impounded as evidence.

The request for the search of the firearm is not limited to a specific caliber handgun because at this time the type of weapon is not confirmed and also because gang members are known to sometimes carry more than one type firearm. Since the shooting appears to involve gang members, I am also requesting to search for gang affiliation inside the residence and in the vehicles. I am also requesting the vehicle be photographed for court purposes and possible identification by witnesses.

I am requesting that any possible evidence recovered be seized and later examined for any physical or biological evidence by the Los Angeles County Crime Lab.

Based on the facts and information gathered during this investigation, combined with my training and field experience as a Police Officer and Detective, I believe that information of evidentiary value in this case will be located in the listed locations. I further believe that this evidence will aid in further investigation of this crime and lead to the successful prosecution of the suspect.



3 587 1150    Line 1    NTINGTON PARK POLICE DEPT    08:28:0 m   03 14 2010    2/7

SW No.

## STATE OF CALIFORNIA - COUNTY OF LOS ANGELES

# SEARCH WARRANT AND AFFIDAVIT
# (AFFIDAVIT)

<u>**Detective G. Alpizar # 5232**</u>   swears under oath that the facts expressed by him / her in this Search Warrant
(Name of Affiant)
and Affidavit and in the attached and incorporated statement of probable cause are true and that based thereon he / she has probable cause to believe and does believe that the property and/or person described below is lawfully seizable pursuant to the Penal Code Section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

_(Signature of Affiant)_

HOBBS SEALING REQUESTED: YES ( ) NO ( x )
NIGHT SEARCH REQUESTED: YES ( ) NO ( x )

# (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER, OR PEACE OFFICER IN THE COUNTY OF LOS ANGELES: proof by affidavit having been made before me by <u>**Detective G. Alpizar # 5232**</u>,
(Name of Affiant)
that there is probable cause to believe that the property and/or person described herein may be found at the locations set forth herein and is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "X" (s) in that it:

\_\_\_\_ was stolen or embezzled
**xx** was used as the means of committing a felony
\_\_\_\_ is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery,
**x** tends to show that a felony has been committed or that a particular person has committed a felony,
\_\_\_\_ tends to show that sexual exploitation of a child, in violation of P.C. Section 311.3, or depiction of sexual conduct of a person under the age of 16 years, in violation of section 311.11, has occurred or is occurring.
\_\_\_\_ there is a warrant for the persons arrest;

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

(SEE ATTACHMENT)

**FOR THE FOLLOWING PROPERTY/PERSON:**

(SEE ATTACHMENT)

Any item seized during the lawful service of this search warrant shall be disposed of in accordance with law by the Huntington Park Police Department upon adjudication of the case. The officers serving this search warrant are also hereby authorized, without necessity of further court order, to return seized items to any known victim(s) if such items have been photographically documented.

AND TO SEIZE IT IF FOUND and bring it forthwith before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to as true and subscribed before me this <u>14 th</u> day of <u>March</u>, 2010, at <s>0815 hrs</s>. Wherefore, I find probable cause for the Issuance of this Search Warrant and do issue it.
0935 hrs.

_(Signature of Magistrate)_
MIKE CAMHELTU
Judge of the Los Angeles County Superior Court.   Los Angeles Judicial District.

HOBBS SEALING APPROVED: YES( ) NO (✓)
NIGHT SEARCH APPROVED: YES ( ) NO (✓)

SW & A1

506-A1-76S346W3-Rev. 10/02

L004575 A
(re-produced 11-25-2013)

3 58/ 1150    Line 1        YTINGTON PARK POLICE DEPT    08:28:35  u.  03-14-2010    3/7

## THE FOLLOWING LOCATIONS:



The premises at (█████ Stafford Ave.), (Huntington Park), California, (90255); further described as an apartment unit within a (two) story multi-unit apartment building with a (white stucco) exterior and (white) trim; and including all rooms, attics, basements and other parts within apartment #█) and all garages, trash containers, and storage area designated for the use of apartment # (█), or for which keys to garages, trash containers, and storage area are found at the premises to be searched, or in the possession of the occupants of the premises. There was a mail box on the property marked as █████ Stafford Ave. The unit in question is not marked as █ but it was identified as such by the property owner, █████ who was present.

2) The vehicle described as a 1999, white Mitsubishi Mirage, bearing California License plate number ████.

3) The vehicle described as a white 2001, Cadillac Deville, bearing California License plate number ████.



*MC*

L004576 A
(re-produced 11-25-2013)



HNTINGTON PARK POLICE DEPT    08-28-/   m   03-14 2010    4//

## FOR THE FOLLOWING PROPERTY:

1) Any and all firearms, including handguns, rifles and shotguns,. In addition to any firearm, any spent casings, any miscellaneous gun/firearm pieces, ammunition, gun-cleaning items or kits, holsters, ammunition belts, original box packaging materials, magazines/cylinders/loading devices, targets, expended pieces of lead/bullets, any photographs of firearms, or any paperwork showing the purchase, storage, disposition, and/or dominion and control over any guns, any ammunition, or any of the above items.

2) Any evidence of street gang membership, or affiliation with any street gang, such as any paraphernalia making any reference to gang affiliation. Items such as any audio and/or video tapes making reference to street gangs, and/or any drawings, miscellaneous writings, objects, and/or graffiti depicting gang members' names, initials, logos, monikers, slogans, and/or containing mention of street gang membership affiliation, activity, and/or identity.

3) Peace officers or assigned representatives are authorized, during the execution of this Search Warrant, to video tape, photograph, and/or take digital images, take measurements and make sketches; and to seize suspected blood and other physiological fluids; and any and all instruments used to aid and abet in the commission of this homicide, clothing of the suspects(s) and/or victims(s); photos and film, developed and undeveloped.

4) Any tennis shoes with which the victim might have been kicked, which left a mark on his face. Any cell phones or related items possibly belonging to the victim. Any clothing worn by any of the suspects, including but not limited to a collar shirt with red stripes, black/dark shirt or jersey with an unknown number, black bandana, oversized white T-shirt and oversized blue jeans.

5) Any and all documents or items of personal property which tends to establish the identity of the person(s) who hold control over the vehicle and/or residence to be searched. This shall include rent receipts, utility bills, address books, mail, personal identification, keys, purchase receipts, photographs, vehicle registration, or other paperwork deemed pertinent to the investigation



MC

3 587 1150  Line 1    NTINGTON PARK POLICE DEPT    08:28:05    03 14 2010    2/7

COPY OF FACE PAGE FILED @ COURT  SW No. 7090

## STATE OF CALIFORNIA - COUNTY OF LOS ANGELES



# SEARCH WARRANT AND AFFIDAVIT
## (AFFIDAVIT)

__Detective G. Alpizar # 5232__ swears under oath that the facts expressed by him / her in this Search Warrant
(Name of Affiant)
and Affidavit and in the attached and incorporated statement of probable cause are true and that based thereon he / she has probable cause to believe and does believe that the property and/or person described below is lawfully seizable pursuant to the Penal Code Section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

_____, HOBBS SEALING REQUESTED: YES ( ) NO ( x )
(Signature of Affiant)                  NIGHT SEARCH REQUESTED: YES ( ) NO ( x )

# (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER, OR PEACE OFFICER IN THE COUNTY OF LOS ANGELES: proof by affidavit having been made before me by __Detective G. Alpizar # 5232__,
(Name of Affiant)
that there is probable cause to believe that the property and/or person described herein may be found at the locations set forth herein and is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "x" (s) in that it:

____ was stolen or embezzled
_xx_ was used as the means of committing a felony
____ is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery.
_xx_ tends to show that a felony has been committed or that a particular person has committed a felony.
____ tends to show that sexual exploitation of a child, in violation of P.C. Section 311.3, or depiction of sexual conduct of a person under the age of 16 years, in violation of section 311.11, has occurred or is occurring.
____ there is a warrant for the persons arrest;

YOU ARE THEREFORE COMMANDED TO SEARCH:

(SEE ATTACHMENT)

FOR THE FOLLOWING PROPERTY/PERSON:

(SEE ATTACHMENT)

Any item seized during the lawful service of this search warrant shall be disposed of in accordance with law by the Huntington Park Police Department upon adjudication of the case. The officers serving this search warrant are also hereby authorized, without necessity of further court order, to return seized items to any known victim(s) if such items have been photographically documented.

AND TO SEIZE IT IF FOUND and bring it forthwith before me, or this court, at the courthouse of this court. This Search Warrant and Incorporated Affidavit was sworn to as true and subscribed before me this __14 th__ day of __March__, 2010, at ~~0915 hrs.~~ Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.
0935 hrs.

_____, HOBBS SEALING APPROVED: YES ( ) NO (x)
(Signature of Magistrate)           NIGHT SEARCH APPROVED: YES ( ) NO (x)
MIKE CAMACHO
Judge of the Los Angeles County Superior Court.  Los Angeles Jud...

06-A1-76S346W3-Rev. 10/02        SW & A1

MC

019

L004578 A
(re-produced 11-25-2013)