**Exhibit C**

SW No. 7090

## STATE OF CALIFORNIA - COUNTY OF LOS ANGELES
## RETURN TO SEARCH WARRANT

Detective G.Alpizar #5232, being sworn, says a search was conducted pursuant to the below described search warrant:

Issuing Magistrate : Judge Mike Camacho

Superior Court, Los Angeles Judicial District

Date of Issuance  : 03-14-10

Date of Service   : 03-14-10

and searched the following vehicles:
1999 white Mitsubishi Mirage bearing California license plate number ▮▮▮▮ and 2001 white Cadillac Deville bearing California license plate number ▮▮▮▮.

The following items were seized:

There was a white T-shirt, black gloves and a baseball hat located and recovered as evidence in the white Mitsubishi Mirage bearing California license plate number ▮▮▮▮.

Photographs were taken of graffiti on CD's in the white Cadillac bearing California license plate number ▮▮▮▮.

Both vehicles were processed for finger prints and several were located and recovered.

The following items were recovered following the search of the residence at ▮▮▮ Stafford Avenue:
1. AT&T Samsung cellular telephone ser# R7X8738601M
2. (1) blue hooded sweat shirt
3. (1) blue T-shirt
4. (1) black hooded sweatshirt
5. (1) red striped shirt.
6. (1) white T-shirt
7. (1) blue and white checkered button up shirt
8. (3) Metro PCS cellular telephones
9. (1) Verizon blackberry cellular telephone
10. (1) hand held police radio scanner
11. (1) table top police radio scanner
12. (1) blue button shirt
13. (1) bag of approximately 11.6 grams of a white crystal like substance resembling crystal meth.
14. (1) bag of approximately 11.7 grams of a blue crystal like substance resembling crystal meth.
15. (10) 44 magnum Remington bullets
16. (1) 30 round magazine containing 9mm bullets
17. 1.3 grams of a green leafy substance resembling Marijuana
18. (1) glass pipe with a white residue inside
19. (2) 22 Cal. Bullets

20. (1) digital scale
21. Misc paperwork
22. Drug inventory list
23. DMV papers and citations
24. Belt with "f" buckle
25. 22 caliber rifle ser# 22428184
26. (1) jersey





I further swear that this is a true and detailed account of all the property taken by me pursuant to the search warrant, and that pursuant to Penal Code sections 1528 and 1536 this property will be retained in my custody, subject to the order of this court or of any other court in which the offense in respect to which the seized property is triable.

_____
(Signature of Affiant)

Sworn to and subscribed before me this 30th day of March 2020

_____
(Signature of Magistrate)

Judge of the Superior Court, Los Angeles Judicial District



L004580 A
(re-produced 11-25-2013)