**Exhibit D**

# HUNTINGTON PARK POLICE DEPARTMENT
CAO 193100
6542 Miles Avenue • Huntington Park, CA 90255-4386
Tel. (323) 826-6600 • Fax (323) 826-6680

| 1. CASE NO. | | |
|---|---|---|
| 2. BEAT | BID | no |
| 1 | | |
| | | PAGE 1 OF 8 |

| 3. CODE SECTION | 4. FEL OR MIS | 5. CRIME | 6. CLASSIFICATION |
|---|---|---|---|
| 187 P.C. | F | MURDER | FIREARM |

| 7. DATE OCCURRED | 8. TIME | 9. DAY | 10. DATE AND TIME REPORTED | 11. LOCATION OF OCCURRENCE |
|---|---|---|---|---|
| 03-14-10 | 0100 | SUNDAY | 03-14-10  0101 | 6041 Templeton Street Huntington Park, CA 90255 |

12. VICTIM'S NAME—LAST, FIRST, MIDDLE (FIRM IF BUSINESS): A____, R____
13. RESIDENCE ADDRESS: [redacted]

14. DOB: [redacted]
15. ID#: CDL# [redacted]
16. HOME PHONE #: unknown
17. WORK PHONE #: unknown
18. CELL PHONE #: unknown

19. SEX / 20. RACE / 21. HT / 22. WT / 23. HAIR / 24. EYES / 25. E-MAIL ADDRESS / 26. WORK ADDRESS: [redacted]

CODES FOR BOXES 27 AND 39   V=VICTIM  W=WITNESS  P=PARENT  RP=REPORTING PARTY  DC=DISCOVERED CRIME

27. CODE: R/P
28. NAME—LAST, FIRST, MIDDLE: [redacted]
29. ID#
30. RESIDENCE ADDRESS: [redacted]
31. HOME PHONE: [redacted]
32. CELL #
33. SEX / 34. RACE / 35. AGE
36. DOB: unknown
37. BUSINESS ADDRESS (SCHOOL IF JUVENILE)
38. BUS. PHONE

39. CODE: R/P
40. NAME—LAST, FIRST, MIDDLE
41. I.D.#
42. RESIDENCE ADDRESS: [redacted] Ca
43. HOME PHONE: [redacted]
44. CELL#
45. SEX / 46. RACE / 47. AGE
48. DOB: unknown
49. BUSINESS ADDRESS (SCHOOL IF JUVENILE)
50. BUS. PHONE

## MODUS OPERANDI

51. DESCRIBE BRIEFLY HOW OFFENSE WAS COMMITTED
SUSPECT RECEIVED A SINGLE GUNSHOT TO THE FACE BY AN UNKNOWN ASSAILANT.

52. VICTIM(S) VEHICLE - LICENSE NO. / VIN # - YEAR - MAKE - MODEL - COLORS (OTHER IDENTIFYING CHARACTERISTICS)

53. MOTIVE - TYPE OF PROPERTY TAKEN OR OTHER REASON FOR OFFENSE
UNKNOWN// POSSIBLY GANG RELATED

54. ESTIMATED LOSS VALUE AND/OR EXTENT OF INJURIES=MINOR / MAJOR
HOMOCIDE // GUNSHOT WOUND TO THE HEAD

55. WHAT DID SUSPECT/S SAY—NOTE PECULIARITIES
UNKNOWN

56. SUSPECT VEHICLE - LICENSE NO. / VIN # - YEAR - MAKE - MODEL - COLORS (OTHER IDENTIFYING CHARACTERISTICS)
SEE NARRATIVE

(stamp: MAR 14 2010)

57. SUSPECT NO. 1 (LAST, FIRST, MIDDLE): Unknown
58. SEX / 59. RACE / 60. AGE / 61. HT / 62. WT / 63. HAIR / 64. EYES / 65. ID NO. OR DOB

66. ADDRESS, CLOTHING AND OTHER IDENTIFYING MARKS OR CHARACTERISTICS
67. DOB
68. ARREST #

69. SUSPECT NO. 2 (LAST, FIRST, MIDDLE): Unknown
70. SEX / 71. RACE / 72. AGE / 73. HT / 74. WT / 75. HAIR / 76. EYES / 77. ID NO. OR DOB

78. ADDRESS, CLOTHING AND OTHER IDENTIFYING MARKS OR CHARACTERISTICS
79. DOB
80. ARREST #

REPORTING OFFICERS: J. MARES   ID# 5264
APPROVED BY: LT. PORTER   ID# 5157
DATE: 3-14-10

PRIMARY LANGUAGE: ENGLISH ☒  SPANISH ☐  OTHER ____

- GANG RELATED ☒
- PROPERTY ☐
- FINGERPRINTS ☐
- PHOTOS ☐
- BLOOD ☐
- ____ ☐
- DV ☐
- STATS ☐
- CITY CLERK ☐
- CITY YARDS ☐
- COP ☐
- ACOP ☐
- OTHER ☐
- FURTHER ACTION: YES ☒  NO ☐

☐ VICTIM REFUSAL TO PROSECUTE

I, _____, BEING THE COMPLAINING VICTIM IN THE ABOVE LISTED CASE, AND HAVING DISCUSSED THE CASE AT LENGTH WITH THE ASSIGNED CASE DETECTIVE/REPORTING OFFICER FROM THE HUNTINGTON PARK POLICE DEPARTMENT, NOW DECLARE THAT I DO NOT WISH TO PROSECUTE THE LISTED SUSPECT, _____.
FURTHERMORE, I WILL NOT SIGN A COMPLAINT, AND I REQUEST THAT A COMPLAINT NOT BE SOUGHT WITH THE DISTRICT ATTORNEY'S OFFICE. I UNDERSTAND AND ACKNOWLEDGE THAT THE HUNTINGTON PARK POLICE DEPARTMENT IS WILLING TO SEEK A COMPLAINT, BUT NEVERTHELESS, I DO NOT DESIRE PROSECUTION OF THE SUSPECT IN THIS CASE.

SIGNATURE: _____

PD - 8 lg REV 5-23-07

DR# ▮▮▮▮                                                                                       Page 2

## HUNTINGTON PARK POLICE DEPARTMENT
## CRIME REPORT

### 187 P.C.

Date: 03-14-10    Time: 0101 Hours
Location: 6041 TEMPLETON STREET   HUNTINGTON PARK, CA 90255

| # | Victim Information: | Vehicle Information: |
|---|---|---|
| 1 |  |  |
| 2 | R▮▮▮▮ A▮▮▮ | R/O Melissa Hererra |
| 3 | dob: ▮▮   cdl# ▮▮ |  |
| 4 | ▮▮▮▮ |  |
| 5 | ▮▮, CA ▮▮ | 1999/Mitsubishi/Mirage/4-dr/Wht |
| 6 | ▮▮▮▮ | Cal Plate # ▮▮ |
| 7 |  |  |
| 8 |  | Parties Involved: |
| 9 | Parties Involved: | ▮▮ dob: ▮▮ |
| 10 | ▮▮ dob: ▮▮ | ▮▮ |
| 11 | ▮▮ | ▮▮, CA |
| 12 | ▮▮, CA | ▮▮ |
| 13 | ▮▮ |  |
| 14 |  |  |
| 15 |  | dob: ▮▮ |
| 16 | ▮▮ dob: ▮▮ | ▮▮ |
| 17 | ▮▮ | ▮▮, CA |
| 18 | ▮▮ CA | ▮▮ |
| 19 | ▮▮ |  |
| 20 |  |  |
| 21 |  | dob: ▮▮ |
| 22 | ▮▮ dob: ▮▮ | ▮▮ |
| 23 | ▮▮ | & |
| 24 | ▮▮ CA | ▮▮ dob: ▮▮ |
| 25 | ▮▮ | ▮▮ |
| 26 | ▮▮ | ▮▮ |
| 27 |  | ▮▮, CA |

Submitted by: S/O J. Mares #5264                                                Approved by:

DR# ▮▮▮▮▮▮  Page 3

## HUNTINGTON PARK POLICE DEPARTMENT
## CRIME REPORT

### 187 P.C.

Date: 03-14-10   Time: 0101 Hours
Location: 6041 TEMPLETON STREET   HUNTINGTON PARK, CA 90255

**ADDITIONAL REPORTING PARTIES:**



**NARRATIVE:**

On 03-14-10 at approximately 0101 hours, I (Senior Officer Mares) was detailed to the west alley in the 6000 block of Templeton Street in regards to shots fired call. Further, dispatch related that several reporting parties advised of a man down in the alley of that location. Lieutenant Lozano, Sergeant Chacon, Senior Officers Prado and Wiggins, and Officers Rodriguez S., Palacios, Magallanes, Valle, Mendoza, Bojorquez, Fuentes, Guiterrez, Duran, and Reserve Officers Lecesse, Rosales, and Rodriguez, D. responded to assist. Los Angeles County Fire Department and Paramedics, Station 164, responded to provide medical attention.

Upon arrival, I saw a male subject laying on the ground in a supine position, with his head pointed in a northerly direction. The male subject was to the rear of 6041 Templeton Street at the north alley of Randolph Street. The male subject, later identified as Victim R▮▮▮▮ A▮▮▮ had what appeared to be a gunshot wound to the back of his head. Victim A▮▮▮ showed no signs of life; a large pool of blood poured away from the back of his head, he did not respond to my voice, his body did not move, he had no pulse, his chest was not rising and lowering, and he was not breathing.

Emergency medical personnel arrived on scene at approximately 0108 hours to tend to Victim A▮▮▮. At approximately 0116 hours, Paramedica Silva pronounced the death of Victim A▮▮▮ die to his injuries from the gunshot wound.

Submitted by: S/O J. Mares #5264                                   Approved by:



026

L004599 A
(re-produced 11-25-2013)

DR# ▮▮▮▮▮▮▮▮                                                                                         Page 4

## HUNTINGTON PARK POLICE DEPARTMENT
## CRIME REPORT

### 187 P.C.

Date: 03-14-10   Time: 0101 Hours
Location: 6041 TEMPLETON STREET   HUNTINGTON PARK, CA 90255

1. At approximately 0122 hours, The Huntington Park Police Department's Dective Bureau was
2. notified of the incident. Officer Bojorquez set up crime scene tape; and Officer Wiggins began a
3. crime scene log of personnel at the crime scene, see attached. Officer Wiggins also took digital
4. photographs of the immediate crime scene, the photos were later placed into evidence, see PD-75.
5.
6. Upon checking the immediate area, near Victim A▮▮▮▮, I located a spent bullent casing and a black
7. knit cap approximately two feet west of the victim's body. The crime scene area was left intact to
8. preserve the integrity of the investigation, and left intact for the detective's bureau for processing.
9. While at the location, officers began to check the area and surrounding residences for evidence,
10. witnesses, or any other possible victims.
11.
12. I contacted resident ▮▮▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮ who related the following information
13. to me: ▮▮ was awakened by the sound of a single gunshot to the rear of his residence. ▮▮ related
14. ▮▮ dog began to bark very loudly and ▮▮ was unable to hear anything else. ▮▮ told me ▮▮ did
15. not see any part of the shooting; however ▮▮ looked outside ▮▮ residence after the shooting. ▮▮
16. related ▮▮ then saw a male subject laying on the ground in the alley. ▮▮ residence checked okay and
17. no one was injured by any gunfire.
18.
19. I contacted resident ▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮ who related the following
20. information to me: ▮▮ was asleep and shortly after 0100 hours, ▮▮ was awakened by the sound of
21. a gunshot to the rear of ▮▮ residence. ▮▮ related ▮▮ did not hear anything else. ▮▮ told
22. me ▮▮ looked out ▮▮ south facing window, and ▮▮ did not see anything. ▮▮ residence checked
23. okay and no one was injured by any gunfire.
24.
25. I also contacted resident ▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮ who related the following
26. information to me: ▮▮ was asleep and was awakened by the sound of a gunshot in the alley to the
27. rear of ▮▮ residence. ▮▮ related ▮▮ did not hear or see anything else. ▮▮ residence checked
   okay and no one was injured by any gunfire.

Submitted by: S/O J. Mares #5264                                                 Approved by:

4

DR# ▇▇▇▇▇▇                                                                      Page 5

## HUNTINGTON PARK POLICE DEPARTMENT
## CRIME REPORT

### 187 P.C.

Date: 03-14-10   Time: 0101 Hours
Location: 6041 TEMPLETON STREET  HUNTINGTON PARK, CA 90255

1. I contacted resident ▇▇▇ at ▇▇▇ who related the following information to
2. me: ▇▇▇ was awake at the time of the shooting, which ▇▇▇ heard to the rear of ▇▇▇ residence. ▇▇▇
3. related ▇▇▇ heard a single shot and ▇▇▇ looked outside ▇▇▇ ( ▇▇▇ ) bedroom
4. window. ▇▇▇ related ▇▇▇ did not witness shooting, however after immediately after the shooting
5. ▇▇▇ saw two male subjects running westbound in the north alley of Randolph Street towards Stafford
6. Avenue. ▇▇▇ related the male subjects then ran southbound onto Stafford Avenue and out of sight.
7. ▇▇▇ told me ▇▇▇ was able to provide a description on only one of the subjects he saw running.
8.
9. ▇▇▇ provided the following description on the first subject: Male, Hispanic, 5-09 in height, 200
10. pounds, approximately 25 years of age, a shaved head, wearing a red striped collared shirt. ▇▇▇ told
11. me ▇▇▇ could not identify the first male subject if seen again. ▇▇▇ was unable to provide any further
12. details of the second male subject subject. Also ▇▇▇ told me that no one was injured by any gunfire.
13. ▇▇▇ related that ▇▇▇ residence checked okay.
14.
15. I also spoke with resident ▇▇▇ at ▇▇▇ who related the following
16. information to me: ▇▇▇ was asleep and was awakened by the sound of a gunshot in the alley to the
17. rear of ▇▇▇ residence. ▇▇▇ related ▇▇▇ did not hear or see anything else. ▇▇▇ residence checked okay.
18.
19. I attempted to make contact with the residents at ▇▇▇ however after several
20. knocks on the door, no one responded. The residence showed no impact marks and no obvious signs
21. of shooting.
22.
23. Reserve Officers Lecesse and Rosales assisted in contacting and checking on residents on Randolph
24. Street, just south of where the shooting occurred. R/O Lecesse and Rosales later related the
25. following to me regarding their contacts : At ▇▇▇ there was no response at the
26. front door.
27.

Submitted by: S/O J. Mares #5264                                   Approved by:

5

DR# ███  Page 6

## HUNTINGTON PARK POLICE DEPARTMENT
## CRIME REPORT

### 187 P.C.

Date: 03-14-10　Time: 0101 Hours
Location: 6041 TEMPLETON STREET  HUNTINGTON PARK, CA 90255

1. At ███ R/O Lecesse and R/O Rosales contacted resident ███
2. ███. ███ related ███ heard several people talking in the alley to the rear of ███ residence.
3. ███ related to officers that the group of subjects were speaking for approximately 5 minutes prior
4. to the sound of the gunshot. At approximately 0100 hours, ███ heard the sound of a single gunshot.
5. ███ related ███ did not look outside ███ window until police arrived on scene ███ related ███
6. did not see the shooting nor any person involved in the shooting.
7. 
8. R/O Lecesse and R/O Rosales also spoke with resident ███ at ███
9. ███ who provided the following information:
10. 
11. ███ was asleep and was awakened by the sound of a gunshot in the alley to the rear of ███ residence.
12. ███ related ███ did not hear or see anything else. ███ residence checked okay.
13. 
14. During the investigation, Senior Officer Prado contacted two reporing parties, via telephone, and
15. later in person. S/O Prado was informed by his contacts that several subjects were seen running into
16. the area of 6060 Stafford Avenue immediately after the shooting. Further, S/O Prado learned that
17. the same subjects that were observed running towards 6060 Stafford Avenue, had earlier (prior to
18. the shooting) been seen exiting a white 4-door vehicle that was parked to the front of the location
19. (Cal Plate # ███ ).
20. 
21. Based on the information provided to S/O Prado, a systematic search for evidence, suspects,
22. witnesses, and additional victims was conducted at the exterior of 6060 Stafford Avenue. However,
23. none were located. Also, dispatch related that possible suspects were last seen running away from
24. the scene of the crime.
25. 
26. Based on the information provided by witnesses and the possibility of the subjects' involvement or
27. possibly victims of a shooting,  officers attempted contact with the residents at 6060 and 6058
Stafford Avenue. *For details, see S/O Prado's supplemental report under the same case number.*

Submitted by: S/O J. Mares #5264　　　　　　　　　　　　　　　　　Approved by:

**029**

L004602 A
(re-produced 11-25-2013)

DR# ▓▓▓▓▓▓▓▓▓▓  Page 7

## HUNTINGTON PARK POLICE DEPARTMENT
## CRIME REPORT

### 187 P.C.

Date: 03-14-10  Time: 0101 Hours
Location: 6041 TEMPLETON STREET  HUNTINGTON PARK, CA 90255

1  After the residence at ▓▓▓ was cleared and determined safe, I made contact with the residents
2  ▓▓▓▓▓▓ and ▓▓▓▓▓▓ and their ▓▓▓▓▓▓▓▓▓▓▓▓ related ▓▓
3  had come home at approximately 0030 hours. ▓▓ told me ▓▓ was upstairs in ▓▓ bedroom with ▓▓
4  ▓▓▓▓▓. At approximately 0100 hours, ▓▓ heard single gunshot to the ▓▓▓▓▓▓▓ in
5  the alley. ▓▓ related ▓▓ did not witness the shooting and ▓▓ did not see any subjects that were
6  outside ▓▓ residence. However, ▓▓ told me shortly after the gunshot, ▓▓ heard a commotion ▓▓
7  ▓▓▓▓▓▓▓ in the alley. ▓▓ told me ▓▓ several voices yelling, "Come on, lets go.
8  Come on, go go. Let's get out of here."
9
10  I also spoke with ▓▓▓▓▓ who related ▓▓ was asleep at the time of the shooting and ▓▓ did
11  not hear or see anything else. ▓▓ related ▓▓ children ▓▓▓▓▓▓▓▓▓▓▓ and
12  ▓▓▓▓▓▓▓▓▓▓ were okay and no was inside the residence was harmed.
13
14  At approxiamately 0335 hours, Detective Lieutenant Porter, Detective Sergeant Davis, and
15  Detective Alpizar and Detective Thoreson arrived on scene and took over the investigation. For
16  details of the detective's investigation, see Detective Thoreson's and Detective Alpizar's
17  supplemental reports under the same case number.
18
19  At approximately 0625, Los Angeles County Coroner, Investigator Selena Barros #446970 arrived
20  on scene to take custody of the decedent, Victim A ▓▓▓.
21
22  The above listed vehicle was impounded, per 22655.5 VC- evidence, see CHP 180 for details.
23
24



Submitted by: S/O J. Mares #5264                           Approved by:

7

**030**

L004603 A
(re-produced 11-25-2013)