**Exhibit E**

**031**

DR# ███  Page 1

# HUNTINGTON PARK POLICE DEPARTMENT
## DETECTIVE SUPPLEMENTALS REPORT

### WITNESS STATEMENTS

Date: 03/14/10  Time: 0100 Hours
Location: (E) ALLEY OF STAFFORD AVENUE @ (N) ALLEY OF RANDOLPH STREET

**WITNESS INFORMATION**

NAME: ███
DOB: ███
ADDRESS: ███ CA
PHONE #: ███

NAME: ███
DOB: ███
ADDRESS: ███
PHONE #: ███

**NARRATIVE**

On 03/14/10, at approximately 0100 hours, Huntington Park Police Officers responded to the 6000 block of Templeton Street in reference to possible shots fired in the area. Senior Officer Mares arrived on scene first and located a male subject down who had sustained a gun shot wound to his head and was non-responsive. Detective Prado and I (Detective F. Valle) arrived on scene shortly and began assisting with the investigation. Los Angeles County Fire Department Paramedics responded to the scene and was subsequently pronounced dead.

At the scene, we were advised that one of the reporting parties/witness to the incident was a nearby resident (███ and that ███ was willing to be contacted at ███ residence. I contacted a ███ subject, later identified as ███ herein referred to as W███. W███ related the following. W███ said on 03/14/10, at approximately 0100 hours, ███ was in ███ bedroom when ███ heard a commotion in the alley. W███ advised ███ poked out ███ window and observed a group of approximately five subjects, standing around another subject (later identified as the victim). W███ said the subjects appeared to be talking and were at the intersection of the east alley of Stafford Avenue and the north alley of Randolph Street. W███ said after a short period the five

Submitted by: DETECTIVE F. VALLE #5270    Approved by: ███

DR# ███████                                                                                     Page 2

## HUNTINGTON PARK POLICE DEPARTMENT
## DETECTIVE SUPPLEMENTALS REPORT

### WITNESS STATEMENTS

Date: 03/14/10   Time: 0100 Hours
Location: (E) ALLEY OF STAFFORD AVENUE @ (N) ALLEY OF RANDOLPH STREET

1. subjects began to assault the victim by repeatedly kicking and punching the victim.
2. W███ advised the victim subsequently lost his balance, as a result of the numerous
3. blows, and fell to the ground (face up). W/███ said once the victim was on the ground,
4. one of the subjects (later identified as S1) stood directly over him and fired one gun shot
5. to his head. W███ described the weapon as semi-automatic handgun (NFD). W/███
6. said all 5 of the suspects then fled the scene, on foot, westbound in the north alley of
7. Randolph Street and out of sight. W███ said ███ immediately contacted ███████, who
8. subsequently called 911.
9. 
10. W███ described S1 as a Male Hispanic, approximately 5'8" tall, stocky or thick build,
11. with a shaved head. W███ advised S1 was wearing a bandana on his forehead, a black
12. or dark colored shirt with white numbers, and dark pants. W███ described S2 as a male
13. Hispanic, approximately 5'8"-5'9" tall, thin build, and wearing an oversized white t-shirt and
14. oversized blue jeans. W███ could only describe S3, S4, and S5 as male Hispanics
15. (NFD). W███ has no idea as to the suspects' identities and cannot identify any of the
16. suspects if seen again. W███ did not provide any further information pertinent to the
17. investigation and he was released with out incident.
18. 
19. While I was speaking with W███ Detective Mendoza contacted W███████
20. ███ (herein referred to as W/███, at ███████████ W/███ related the
21. following. W███ said prior to our arrival, at approximately 0105 hours, ███ was asleep
22. in ███ bedroom when ███ ran into ███ room and advised ███ that someone was possibly
23. shot in the alley. W/███ advised ███ walked to the window and observed a male subject
24. lying on the ground. At this time, ███ observed two subjects walking eastbound in the alley.
25. W███ said the two subjects walked over to the victim, stood over him, then fled the
26. location northbound in the east alley of Stafford Avenue. W███ advised ███ immediately
27. called 911 and only observed the two subjects flee the area, north bound in the east alley
28. of Stafford Avenue and out of sight.
29. 

Submitted by: DETECTIVE F. VALLE #5270                                     Approved by: [signature]

DR# ▮▮▮▮▮▮▮▮                                                                 Page 3

## HUNTINGTON PARK POLICE DEPARTMENT
## DETECTIVE SUPPLEMENTALS REPORT

### WITNESS STATEMENTS

Date: 03/14/10    Time: 0100 Hours
Location: (E) ALLEY OF STAFFORD AVENUE @ (N) ALLEY OF RANDOLPH STREET

1  W▮▮▮ has no idea as to the suspects' identities, but described the suspects as a male
2  Hispanic, 19-20 years of age, approximately 5'-7" to 5'8" tall, heavy set, wearing a
3  burgundy polo shirt with a collar and horizontal stripes and blue jeans. W▮▮▮ described
4  S2 a male Hispanic, 19-20 years of age, wearing dark blue jeans. W▮▮▮ advised ▮▮▮
5  cannot identify either suspect if seen again. In addition W▮▮▮ could not provide any
6  further information pertinent to the investigation and the interview was terminated.
7
8  No additional information was gathered at the time of this report.

Submitted by: DETECTIVE F. VALLE #5270                Approved by: _____

**Exhibit F**



**Exhibit G**

