# Mann, Terrence P. (USACAC)

| | |
|---|---|
| **From:** | Mann, Terrence P. (USACAC) |
| **Sent:** | Wednesday, November 18, 2015 2:25 PM |
| **To:** | 'Bernard J. Rosen (BernardRosenLaw@aol.com)' |
| **Cc:** | Nagaraj, Sheila (USACAC) |
| **Subject:** | U.S. v. Laredo, et al., CR 13-537-BRO -- Plea Agreement for CASADO (REVISED #2) |
| **Importance:** | High |

Mr. Rosen:  As promised, enclosed is a revised plea agreement for your client in the above-referenced case, GISELLE CASADO.  This version, among other things, adds a low-end recommendation, removes names from the factual basis, and cleans up the appellate waiver.  I am also attaching (1) a redline reflecting what has been changed from the last agreement you received, and (2) a PDF file containing some sample linesheets of wiretap calls relating to your client that I believe were previously sent to you.  With respect to the attached linesheets, they relate to such topics as her knowledge of drug trafficking, her connection with the defendant who ordered the hit in this case ("Yogi"), and her understanding that she was "receiving orders" from the Mexican Mafia member in charge of the F13 Gang ("Leo").  This message incorporates by reference the terms of my correspondence to you on July 7, 2014, except that the deadline for the plea offer to your client is hereby continued to the close of business on **Tuesday, November 24, 2015**.  Feel free to call me at (714) 338-3536 if you would like to further discuss the agreement or otherwise talk about this case.  **Please confirm receipt.**  Thank you.  –TM

**Terrence P. Mann | Assistant United States Attorney**
United States Courthouse | 411 West Fourth Street | Suite 8000 | Santa Ana, CA 92701
T: 714.338.3536 | F: 714.338.3708 | terrence.mann@usdoj.gov





| | |
|---|---|
| Case: | 0049 |
| Target: | (626) 523-6812 |
| Line: | (626) 523-6812 |
| Session: | 288 |

| | |
|---|---|
| Date: | 08/30/2010 PDT |
| Start Time: | 13:07:47 PDT |
| Duration: | 00:00:47 |
| Direction: | Outgoing |
| Monitored By: | manciaa |
| Classification: | Pertinent |
| Complete: | Completed |
| Out Digits: | 12134656378 |
| Participants: | B-Bad |
| | Julio and Francisco [id 9012] |

## Synopsis

NO SUBS. LOS ANGELES, CA
Call 288
Outgoing: 2134656378

B-BAD to JULIO

JULIO stated that he was just waiting to see if anything comes up. B-BAD asked if JULIO could see anything. JULIO responded no. JULIO asked if B-BAD talked to the guy from the bar. B-BAD responded that he went there already and everything was done. B-BAD stated that he wasn't sure when La Guera (Giselle) was going to make the appointment. JULIO responded that he didn't know. ==B-BAD told JULIO to ask La Guera (Giselle) when she was going to make the appointment, that way he can get prepared just in case he needs to take some over there.== JULIO agreed. EOC.

amancia

| | |
|---|---|
| Case: | 0049 |
| Target: | (626) 523-6812 |
| Line: | (626) 523-6812 |
| Session: | 368 |

| | |
|---|---|
| Date: | 08/30/2010 PDT |
| Start Time: | 19:10:15 PDT |
| Duration: | 00:07:14 |
| Direction: | Outgoing |
| Monitored By: | griffithi |
| Classification: | Pertinent |
| Complete: | Completed |
| Out Digits: | 3239211082 |
| Participants: | B-Bad |
| | GUERA/MARCOS |

## Synopsis

NO SUBS.
B-BAD TO GUERA

B-BAD asked what was up and asked who was with Guera. GUERA said she was at home. B-BAD asked if GUERA talked to her honey [Marcos]. GUERA said yes, this morning but he told her not to come to visit him. B-BAD said he'd rather wait. GUERA said that he [Marcos] told her that part of it was Hector and the other part was somebody else and said he [Marcos] told her it was Hector's big mouth. B-BAD asked if Hector was writing to him [Marcos]. GUERA said no.

B-BAD asked if GUERA wrote to her buddy. GUERA said she had not written anything to anybody but Jules did write to him. GUERA said that Jules told her that her brother [Marcos] told her to write to him [third party] and to tell him what was going on. B-BAD said he remembered that. GUERA said that she told her [Jules] that she shouldn't have done that.

GUERA said that he [Marcos] told her to go but didn't tell her when, he just said soon and said that he told her that a lot of it had to do with Hector because of his big mouth.

GUERA asked if B-BAD wanted to go see him this weekend. B-BAD said he was getting anxious. GUERA said B-BAD was like Marcos, they were getting anxious and then things didn't go well. GUERA asked if he answered to B-BAD. B-BAD said no, ==he was barely getting the stuff, maybe by the middle of next week==.

GUERA said she talked to him [Marcos] and he told her that he talked to B-BAD and they straighten things out. B-BAD agreed and said he was going to wait a little bit. GUERA said things were very risky right now and said they went to her house for that shit. B-BAD acknowledged and told GUERA to stay where she was. GUERA said she told Marcos the same thing.

GUERA said he [Marcos] told her that he already talked to B-BAD. GUERA said a lot of what's happening had to do with Hector and Mariana but he was not sure. B-BAD said they were going to wait and told GUERA to call her tomorrow and tell him what he said. GUERA asked if her honey [Marcos] was communicating with B-BAD. B-BAD affirmed..

GUERA asked if she could give B-BAD's number to him [Marcos]. B-BAD said yes. GUERA said they were paying a lot [phone] and the minutes would go really fast. B-BAD acknowledged.

IG

| | |
|---|---|
| Case: | 0049 |
| Target: | (626) 523-6812 |
| Line: | (626) 523-6812 |
| Session: | 1542 |

| | |
|---|---|
| Date: | 09/06/2010 PDT |
| Start Time: | 22:18:12 PDT |
| Duration: | 00:15:15 |
| Direction: | Outgoing |
| Monitored By: | manciaa |
| Classification: | Pertinent |
| Complete: | Completed |
| Out Digits: | 12138224428 |
| Participants: | |
| | B-Bad |

### Synopsis

SUBS: ADA VINEGAS, LOS ANGELES, CA
B-BAD to WENDY

B-BAD asked if WENDY was asleep yet. WENDY said she was speaking to a lady. WENDY said she was tired. B-BAD told her to get some rest. WENDY said the lady that was at her work place on Saturday was telling WENDY some things about him [B-Bad]. WENDY asked B-BAD if he knew Nayeli who was a stripper. B-BAD said he did not know her. WENDY said the lady knew B-BAD by name and said she told Gerardo that she wanted to talk to B-BAD but Gerardo told them to leave. B-BAD said he didn't know what the woman wanted to tell him and said he didn't know anybody with that name.

WENDY said the lady was saying that B-BAD raped her daughter. B-BAD said no way. WENDY said ==Guera sold the lady's daughter== and B-BAD and all of the guys fucked her and that happened a long time ago. B-BAD said he didn't do that. WENDY said that happened a long time ago and the girl was too embarrassed to come back but has come back now. WENDY said the lady didn't want to say anything because her husband told her to keep quiet.

B-BAD said he was not hanging out with the cholos before, just paisas, he started to hang out with Tricky after he got out. WENDY asked about Marcos. B-BAD said he was not hanging out with Marcos then and said he met Marcos and Tricky after he got out and repeated that he was not hanging out with cholos before. WENDY said that looked bad and said the lady kept asking her questions until she told her everything.
.
B-BAD said he was in and out of jail for 5 years and has been out 3 years since. B-BAD insisted that it was not him and asked if the lady saw him fucking his daughter. WENDY said the lady insisted that B-BAD was the one who raped her daughter. WENDY said the lady was going to insist to speak with B-BAD to ask him questions if she sees him again.

B-BAD told WENDY to do a three-way phone call with her. WENDY said she [lady] told her not to say anything and would wait until Saturday to talk to B-BAD. WENDY said her daughter was a stripper. B-BAD said he never dated a stripper. WENDY said the lady told her that ==Guera sold the girl to B-BAD==.

WENDY said it was the lady that was with her husband and kept going to the bathroom with WENDY. B-BAD acknowledged. WENDY said he was going to ask Gerardo because he knew them (Lady et. al) very well. B-BAD told WENDY to get her number so he could call her. WENDY said the lady looked really crazy. B-BADsaid maybe it was the guys that used to be there before they (B-Bad et. al) got there. WENDY said she would not have mentioned B-Bad's name. B-BAD said a weird truck was passing by.

WENDY asked if B-BAD was with Anthony. B-BAD replied yes.

**IN THE BACKGROUND**
UM told B-BAD he was looking for (U/I). B-BAD said he was not there.

**BACK TO CONVERSATION WITH WENDY**

B-BAD said he just got back from hearing something else. B-BAD said there was someone that was talking crap about him. WENDY said he should shut them up and asked what they were saying. B-BAD said he could not tell her because it had nothing to do with the same thing. B-BAD asked what WENDY was doing. WENDY said nothing.

AS

| | |
|---|---|
| Case: | 0049 |
| Target: | (626) 523-6812 |
| Line: | (626) 523-6812 |
| Session: | 1791 |

| | |
|---|---|
| Date: | 09/07/2010 PDT |
| Start Time: | 20:23:08 PDT |
| Duration: | 00:11:55 |
| Direction: | Outgoing |
| Monitored By: | griffithi |
| Classification: | Pertinent |
| Complete: | Completed |
| Out Digits: | 3239211082 |
| Participants: | B-Bad |
| | GUERA/MARCOS |

## Synopsis

NO SUBS.
B-BAD TO GUERA

GUERA asked what was up. B-BAD asked if GUERA was stressed out. GUERA said she paid what B-BAD gave her and was supposed to pay the rest later [rent]. B-BAD asked if Hector gave her something. GUERA said Hector gave her $200 and took $20 from Guera to give to Valerie. B-BAD she [Valerie] needed 12 [$1,200].

GUERA said they still have to pay the rent for Marcos' wife. B-BAD said he didn't know about that and said he was helping GUERA because she was living with him [Marcos]. GUERA said she still owed the landlord abut $60. B-BAD said he was going to give GUERA money tomorrow. GUERA said it was okay, she was home and just needed things for the house.

GUERA said they moved Marcos again, back to the dorm, he was free and could call again. B-BAD said he was going to put minutes on his phone. GUERA said B-BAD could go to Western Union and they put $25, $50 on the phone or whatever B-BAD wanted to put in, adding she put $100 on her phone and paid $10. B-BAD acknowledged. ==GUERA said right now she was using a burned out [PH] Yogi got for her==.

GUERA said he [Marcos] was going to be calling more now. B-BAD said he [Marcos] could call 3-way and said he [Marcos] was going to stress GUERA out. GUERA agreed and said the guy [landlord] was knocking on her door every day. B-BAD acknowledged. GUERA said what she tells B-BAD is between them. B-BAD acknowledged.

GUERA said she asked Hector how much he could give her and when she went there [Hector's place] Valerie and Mariana were there talking shit and she [Mariana] does't like Marcos and she doesn't like B-BAD. B-BAD said that shit got to stop. GUERA agreed and said she [Mariana] kept talking and talking. B-BAD said they could do/say whatever they wanted. GUERA said she was sure she [Mariana] was the one doing that shit. B-BAD said everybody was pointing fingers at each other, they were even pointing at him [Marcos].

GUERA said Marcos was fighting to have B-BAD at that position because he trusted him. B-BAD said that was over. GUERA said she [Mariana] was saying that B-BAD didn't talk to her and suddenly he wanted to talk to her. B-BAD said he didn't want to talk to her [Mariana], she was the one that was looking for B-BAD. GUERA talked about how she was drinking and said that Mariana and Terco were on a date. B-BAD said no way.

GUERA said she [Mariana] went to Durangos and started talking shit to Jules and Hector said he [Terco] was fucking her [Mariana] and said Terco had a little girl pregnant and GUERA said she left there because Mariana was talking to Terco in front of the pregnant girl.

GUERA repeated that Mariana was talking shit about B-BAD and Marcos, adding that she [Mariana] wanted to take her

[Jules] out and said that Valerie was not saying anything and Mariana kept talking shit. GUERA told B-BAD to put minutes on his phone. B-BAD said he'll do it.

IG

| | |
|---|---|
| **Case:** | 0049 |
| **Target:** | (626) 523-6812 |
| **Line:** | (626) 523-6812 |
| **Session:** | 2076 |

| | |
|---|---|
| **Date:** | 09/09/2010 PDT |
| **Start Time:** | 14:38:07 PDT |
| **Duration:** | 00:07:39 |
| **Direction:** | Outgoing |
| **Monitored By:** | griffithi |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Out Digits:** | 3239841303 |
| **Participants:** | B-Bad |
| | Iris |

### Synopsis

B-BAD TO IRIS

IRIS asked what B-BAD was doing. B-BAD said he was talking a his buddy. UF said she was just getting up. Social conversation.

MINIMIZED
NO SUBS.
**CALL WAITING**

GUERA TO B-BAD
GUERA said she went there and he [H] only gave her $40. B-BAD said that was not enough, not even for gas. GUERA said she didn't have any money. B-BAD said yesterday he did okay and said what he had now was not good. GUERA said he [H] was supposed to give her money to pay her bills. B-BAD said they got a little bit yesterday. GUERA said yesterday he [H] went partying.

GUERA said he [H] had to give money to Marcos' wife $500 more besides the $500 he already gave her and complained about Hector only giving him $40 and said Guero was there. B-BAD said Guero was there just watching, he [H] don't let him go inside.

B-BAD said GUERA could use the $40 for gas. GUERA said she was going to do that, she had a lot of errands to run, she was going to get Marcos' passport just in case. B-BAD said he was waiting for work, it was just a matter of time and said Liar-Liar asked him to let him use B-BAD's place. GUERA said that area was hot. B-BAD agreed and said he needed to move but he couldn't. GUERA asked how B-BAD got that place and said she had a place where B-BAD could work. B-BAD said he wanted to move to the west side and he already talked to the owner.

GUERA said she had an upstairs apartment. B-BAD said he wanted a house and said she was going to stay where he was right now. GUERA asked what she should say to Marcos. B-BAD told GUERA to tell him that she was going to wait until the day was over.

IG

Classification: UNCLASSIFIED

Linesheet                                                                                           12/09/2010 16:58:51 PST

| | |
|---|---|
| **Case:** | 0049 |
| **Target:** | (626) 523-6812 |
| **Line:** | (626) 523-6812 |
| **Session:** | 10030 |

| | |
|---|---|
| **Date:** | 10/23/2010 PDT |
| **Start Time:** | 21:28:23 PDT |
| **Duration:** | 00:40:12 |
| **Direction:** | Outgoing |
| **Monitored By:** | manciaa |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Out Digits:** | 13235421103 |
| **Participants:** | B-Bad |

### Synopsis

NO SUBS.
B-BAD to GUERA (Using Julie's phone)

B-BAD asked if they spoke with him (Marcos) already. JULIE said they spoke to him (Marcos) for a little bit but had not been able to get a hold of him. B-BAD said they were screwed because B-BAD didn't know how he was going to help Marcos. JULIE responded that she didn't know. B-BAD asked to speak with Guera.

GUERA on the line.

B-BAD asked if Leo said if they had to respect Rick. GUERA responded that Leo didn't talk about Rick. GUERA stated the only thing that Leo said was for B-BAD to show Rick everything. B-BAD stated that Cynthia is Rick. B-BAD replied that this was bad because how were they going to help Marcos. B-BAD added that the rent is going to be due soon as well. B-BAD stated that GUERA should change the names up, so Estelita is now Roxana (B-BAD). B-BAD stated that whatever she does make sure that GUERA puts Marcos and B-BAD good. B-BAD stated that she makes sure that GUERA tells Leo that they have been trying to get a hold of Bobbo, but Bobbo is not easy to get a hold of. B-BAD stated that Leo is not mad at them, but was cutting them. GUERA stated that he hated people talking smack about how he (Leo) was throwing them (Guera et. al) out on the street. GUERA stated that Leo said he wasn't throwing them out on the street, but had to do what he has to do. GUERA added he (Leo) told her he was going to help her with the diapers but was going to make GUERA get a job.

B-BAD stated that they don't have anything. B-BAD stated that there is work (dope), but not until Monday. GUERA stated that she was scared because Leo was being straight out about stuff. GUERA stated that she could get in trouble for listening because that to them is receiving orders. GUERA stated that she kept on cutting Leo off, and doesn't care. GUERA stated that Leo knows where she lives, next to Sandra on 76th st. B-BAD stated that Leo was notified that GUERA and Marcos live better than Sandra. GUERA stated that she would give Leo facial expressions to try to make him stop talking.

B-BAD emphasized that GUERA clear up the issue with the store and mention that Jaime (Tablas) or Emilio (Bobbo) is happy. B-BAD told GUERA that it's tough to try to get a hold of Irma, but that Irma wouldn't except the gift. B-BAD told GUERA to try to talk to the lady that visited Emilio. B-BAD stated that the lady that visited with Bobbo was his wife. GUERA asked how to make sure that it was Bobbo's wife, and then stated that it wasn't his wife. B-BAD stated that if anyone asks for GUERA's number to give it. B-BAD stated that if GUERA meets Bobbo's wife, to immediately let B-BAD know. GUERA stated that she thinks that they will be ready tomorrow.

B-BAD told GUERA to remember the thing about the store, that's it. B-BAD stated that as long she doesn't respond, that her defense is that she didn't know what Leo was saying. B-BAD asked if GUERA could put Leo in her pocket.

Classification: UNCLASSIFIED                                                                    10167 of 15789

L054821

Conversation regarding the weather.

GUERA stated that thing that she's more upset about is that she involuntarily went up there and didn't listen to everything that she was suppose to listen to. GUERA said that Leo said for Marcos to be patient and for B-BAD to listen because he hates repeating himself. GUERA stated that Leo said he didn't care if GUERA and Jules fought, but the problem is that he knows a lot because Leo communicates with Emilio (Bobbo). GUERA stated that Leo said that he knows that Felipas (B-BAD) knows that she is communicating with T. B-BAD stated that GUERA needs to tell Leo that they've tried to give Bobbo the gift, but that they couldn't find her.

Conversation regarding if GUERA got a two day visit. B-BAD told GUERA to tell Leo that B-BAD and Marcos are a team. Conversation regarding Marcos having no money. B-BAD told GUERA this is the reason why GUERA needs to put both Marcos and B-BAD good. B-BAD told GUERA not to just look out for Marcos. GUERA stated that she was afraid that Leo misunderstands her code words. GUERA stated that Leo said B-BAD and Marcos shouldn't put GUERA in the position to talk to Leo because they (B-BAD and Marcos) know how to communicate. B-BAD stated that GUERA should tell Leo that she on her own free will because it was not fair that B-BAD and Marcos are being wrongfully accused.

GUERA asked who was going to help Marcos. B-BAD told GUERA not to worry about that. GUERA said she would try her best tomorrow then said Pelican Bay was no joke. EOC.

AS/amancia